PACKAGE CONFIRMATION NUMBER (located on your Submission Confirmation __VSFDF__):

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -- **SELECT DIVISION****

Name of Debtor(s): Jeffrey Marc Siskind

CASE NO.: 2:23-bk-11720-VZ
CHAPTER: 13

FILED
MAR 23 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

Debtor(s)

**eSR**
**DECLARATION REGARDING ELECTRONIC FILING**
**(SELF-REPRESENTED INDIVIDUAL)**

1. I(we) have completed the following documents using the Court's Electronic Submission program for self-represented debtors (eSR) (check all that apply)

   ☒ Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101)
   ☐ Chapter 7 Statement of Current Monthly Income (Official Form 122A-1)
   ☒ Declaration About an Individual Debtor's Schedules (Official Form 106Dec)
   ☐ Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-Supp) (if applicable)
   ☒ Statement of Financial Affairs (Official Form 107)
   ☐ Chapter 7 Individual Debtor's Statement of Intention (Official Form 108)
   ☐ Chapter 7 Means Test Calculation (Official Form 122 A-2) (if applicable)
   ☒ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C-1)
   ☒ Chapter 13 Statement of Your Disposable Income (Official Form 122C-2) (if applicable)

2. Declaration of Petitioner:

   a. To be completed in all cases.

I(we), the undersigned Debtor(s) hereby declare under penalty of perjury that: (1) I(we) have read and understand the above-referenced document(s) being filed electronically ("Voluntary Petition"); (2) the information contained in the petition, statements and schedules, lists, and disclosures is true and correct, to the best of my (our) knowledge and belief; and 3) I(we) have authorized the electronic filing of the Voluntary Petition with the United States Bankruptcy Court for the Central District of California. I (we) further declare under penalty of perjury that I (we) have completed and signed a Statement About Your Social Security Number(s) (Official Form 121) and provided the signed original(s) to the Clerk. I (we) understand that this DECLARATION Regarding Electronic Filing must be filed with the Clerk in addition to the petition.

   b. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under a chapter 13 ☐

   ☒ I(we) am (are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 13 ☐ and I(we) request relief in accordance with chapter 13 ☐

I understand that failure to file the signed original of this Declaration is grounds for dismissal of my case pursuant to 11 U.S.C. §§ 707(a) and 105.

| 3/21/2023 | Jeffrey Marc Siskind | | _[signature]_ |
|---|---|---|---|
| Date | Debtor's Name | | Debtor's Signature |
| Date | Joint Debtor's Name | | Joint Debtor's Signature |

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    13-13096, Jeffrey Marc Siskind, filed 2-11-2013; Ch11, Hon. Paul Hyman, So. Dist. FL; Concluded - Dismissed
    18-16248; Chance & Anthem, LLC, filed 1-29-2018; Ch7, Hon. Mindy Mora; So. Dist. FL, Pending - Settled

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    401 CARYSFORT ROAD KEY LARGO, FL 33037

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Los Angeles_, California

_Signature of Debtor 1_

Date: 3/21/2023

_Signature of Debtor 2_

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018    Page 1    F 1015-2.1.STMT.RELATED.CASES

B6A (Official Form 6A) (12/07)    Case 13-13096-MAM    Doc 28    Filed 03/08/13    Page 3 of 22

In re  Jeffrey Marc Siskind ,    Case No.  13-13096-PGH
         Debtor                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

• If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 401 Carysfort Road Key Largo, FL 33037 | Owner, in fee simple | J | 600,000.00 | 1,740,000.00 |
| | | Total▶ | 600,000.00 | |

(Report also on Summary of Schedules.)

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☒ Debtor(s) appearing without attorney<br>☐ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| In re:<br>Jeffrey Marc Siskind | CASE NO.:<br>CHAPTER 13 ▼ |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _1_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 3/21/2023

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                  F 1007-1.MAILING.LIST.VERIFICATION

Uetsa Tsakits Inc dba MaxLend
POB 760
Parshall, ND 58770

Mobiloans
POB 1409
Marksville, LA 71351