|  | FOR COURT USE ONLY |
|---|---|
|  | **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\*** |
| Name of Debtor(s) listed on the bankruptcy case:<br><br>Jeffrey Marc Siskind | CASE NO.: 22:23-bk-11720-VZ<br><br>CHAPTER: 13 |
|  | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:   ☒ Debtor   ☐ Joint-Debtor   ☐ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**

   Name(s):                   Jeffrey Marc Siskind
   Mailing Address:           3183 Wilshire Boulevard
   City, State, Zip Code:     Los Angeles, California 90010

3. **New Address:**

   Mailing Address:           3465 Santa Barbara Drive
   City, State, Zip Code:     Wellington, Florida 33414

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 03/27/2023                          JEFFREY MARC SISKIND
                                          Requestor's printed name(s)

                                          _____
                                          Requestor's signature(s)

                                          _____
                                          Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                F 1002-1.3.CHANGE.ADDRESS