Nancy Curry
Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
(213) 689-3014   FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| REYES-SALAZAR, CECILIA PATRICIA | ) CASE NO.2:23-bk-11696-VZ |
| | ) |
| | ) **AMENDED** |
| | ) **NOTICE OF §341(a) MEETING** |
| | ) **OF CREDITORS** |
| | ) |
| | ) **Date: 5/4/2023** |
| | ) **Time: 10:00 AM** |
| | ) **Place: WILL BE CONDUCTED** |
| Debtor | ) **REMOTELY** |
| | ) |

   In light of the current situations related to COVID-19 and in order to adhere to the social distancing guidelines, all §341(a) meetings of creditors commencing April 13, 2020 will be conducted remotely until further notice.

   PLEASE TAKE NOTICE that the scheduled §341(a) meeting of creditors in the above-referenced matter will be conducted remotely at the same date and time as set forth above using the online video system Zoom in lieu of in-person at the location provided in the original Notice. Please refer to the instructions on the next page on how to access the meeting via Zoom.

Date: April 3, 2023                                    /s/ Nancy Curry

AMENDED NTC OF 341(A) MEETING

**INSTRUCTIONS ON HOW TO ACCESS ZOOM**

If you have a headset with a microphone, such as the headphones you speak on your mobile phone with, please read the instructions below for "Accessing Zoom Online (with a Microphone)." If you *do not* have a headset with a microphone, please read "Accessing Zoom Online (without a Microphone)" below.

If you do not have a computer with Internet access, please read "Accessing Zoom via Telephone."

**Accessing Zoom Online (with a Microphone):**

1. Click on the following link:
**https://us06web.zoom.us/j/88368706954?pwd=bnp4bXg5bFdZaHUvUHBBT2UzaklvZz09**
2. Install Zoom when prompted. If you are not prompted to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting."
4. If prompted, enter the following password: **440334**
5. Click "Join with Computer Audio." You are now in the meeting.

**Accessing Zoom Online (without a Microphone):**

1. Click on the following link:
**https://us06web.zoom.us/j/88368706954?pwd=bnp4bXg5bFdZaHUvUHBBT2UzaklvZz09**
2. Install Zoom when prompted. If you are not prompted to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting."
4. If prompted, enter the following password: **440334**
5. Click "Phone Call" in the box that appears. Click "Done."
6. On your phone, dial **(877) 853-5247**.
7. When prompted, enter the Meeting ID: **883 6870 6954**. Hit "# (pound)" twice when prompted. You are now in the meeting.

**Accessing Zoom via Telephone:**

1. Call toll-free **(877) 853-5247**.
2. When prompted, enter the following Meeting ID: **883 6870 6954**.
3. Hit "# (pound)" when prompted. Hit "# (pound)" again. You do not need to enter a Participant ID.

# PROOF OF SERVICE DOCUMENT

In Re:    **REYES-SALAZAR, CECILIA PATRICIA**

**Case No. LA 2:23-bk-11696-VZ**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
> NANCY CURRY, CHAPTER 13 TRUSTEE
> 1000 WILSHIRE BLVD., SUITE 870
> LOS ANGELES, CA  90017

The foregoing document described as **AMENDED NOTICE OF 341(a) MEETING OF CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On April 3, 2023
I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On April 3, 2023, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Attorney for Debtor |
|---|---|
| REYES-SALAZAR, CECILIA  PATRICIA | ANTHONY O. EGBASE |
|  | BUNKER HILL TOWERS |
| 5246 WINDERMERE AVE | 800 W. 1ST STREET, STE 400 |
| LOS ANGELES, CA 90041 | LOS ANGELES, CA 90012- |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on April 3, 2023, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 3, 2023 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

```
Label Matrix for local noticing        Los Angeles Division              Bank of America, N.A.
0973-2                                  255 East Temple Street,           Correspondence Unit
Case 2:23-bk-11696-VZ                   Los Angeles, CA 90012-3332        P.O. Box 31785
Central District of California                                            Tampa, FL 33631-3785
Los Angeles
Mon Apr  3 11:29:52 PDT 2023

Franchise Tax Board                     Internal Revenue Service          United States Attorney's Office
Cheif Counsel                           P.O. Box 7346                     Fedreral Building, Room 7516
General Counsel Section MS A260         Philadelphia, PA 19101-7346       300 North Los Angeles
P.O. Box 1720                                                             Los Angeles, CA 90012-3336
Rancho Cordova, CA 95741-1720


United States Department of Justice     United States Trustee (LA)        Anthony Obehi Egbase
Ben Franklin Station                    915 Wilshire Blvd, Suite 1850     A.O.E LAW & ASSOCIATES
P.O. Box 683                            Los Angeles, CA 90017-3560        Bunker Hills Towers
Washington, DC 20044-0683                                                 800 W. 1st Street
                                                                          Suite 400
                                                                          Los Angeles, CA 90012-2479


Cecilia Patricia Reyes-Salazar          Nancy K Curry (TR)
5246 Windermere Avenue                  1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90041-1141              Los Angeles, CA 90017-2466
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Courtesy NEF                         End of Label Matrix
                                        Mailable recipients    10
                                        Bypassed recipients     1
                                        Total                  11
```