**NANCY CURRY**
**CHAPTER 13 TRUSTEE**
**1000 WILSHIRE BLVD., SUITE 870**
**LOS ANGELES, CALIFORNIA 90017**
**(213) 689-3014**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| IN RE<br><br>SISKIND, JEFFREY MARC<br><br><br>Debtor(s) | **CHAPTER 13**<br>Case No.: LA 2:23-11720-VZ<br><br>NOTICE OF WITHDRAWAL AND WITHDRAWAL OF AMENDED NOTICE OF §341(a) MEETING OF CREDITORS<br><br><br><br>(NO HEARING REQUIRED) |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE, the Chapter 13 Trustee, **Nancy Curry**, withdraws her Amended Notice of §341(a) Meeting of Creditors filed on April 3, 2023 as Docket no. 12. The wrong PDF was attached. The correct document will be filed immediately.

**DATE: 4/4/2023**                                                              **/s/   NANCY CURRY____**

- 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Nancy Curry, Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF WITHDRAWAL AND WITHDRAWAL OF AMENDED NOTICE OF §341(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 4, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On April 4, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addresses as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
SISKIND, JEFFREY MARC

3465 SANTA BARBARA DR
WELLINGTON, FL 33414

Attorney for Debtor
IN PRO PER

, -

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 4, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.

| April 4, 2023 | Brandy Macek | /s/ Brandy Macek |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE