Nancy Curry
Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
(213) 689-3014  FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| SISKIND, JEFFREY MARC | ) CASE NO.2:23-bk-11720-VZ |
| | ) |
| | ) **AMENDED** |
| | ) **NOTICE OF §341(a) MEETING** |
| | ) **OF CREDITORS** |
| | ) |
| | ) **Date: 5/4/2023** |
| | ) **Time: 10:00 AM** |
| | ) **Place: WILL BE CONDUCTED** |
| Debtor | ) **REMOTELY** |
| | ) |

In light of the current situations related to COVID-19 and in order to adhere to the social distancing guidelines, all §341(a) meetings of creditors commencing April 13, 2020 will be conducted remotely until further notice.

PLEASE TAKE NOTICE that the scheduled §341(a) meeting of creditors in the above-referenced matter will be conducted remotely at the same date and time as set forth above using the online video system Zoom in lieu of in-person at the location provided in the original Notice. Please refer to the instructions on the next page on how to access the meeting via Zoom.

Date: April 3, 2023                    /s/ Nancy Curry

AMENDED NTC OF 341(A) MEETING

## INSTRUCTIONS ON HOW TO ACCESS ZOOM

If you have a headset with a microphone, such as the headphones you speak on your mobile phone with, please read the instructions below for "Accessing Zoom Online (with a Microphone)." If you **do not** have a headset with a microphone, please read "Accessing Zoom Online (without a Microphone)" below.

If you do not have a computer with Internet access, please read "Accessing Zoom via Telephone."

### Accessing Zoom Online (with a Microphone):
1. Click on the following link:
**https://us06web.zoom.us/j/88368706954?pwd=bnp4bXg5bFdZaHUvUHBBT2UzaklvZz09**
2. Install Zoom when prompted. If you <u>are not prompted</u> to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting."
4. If prompted, enter the following password: **440334**
5. Click "Join with Computer Audio." You are now in the meeting.

### Accessing Zoom Online (without a Microphone):
1. Click on the following link:
**https://us06web.zoom.us/j/88368706954?pwd=bnp4bXg5bFdZaHUvUHBBT2UzaklvZz09**
2. Install Zoom when prompted. If you <u>are not prompted</u> to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting."
4. If prompted, enter the following password: **440334**
5. Click "Phone Call" in the box that appears. Click "Done."
6. On your phone, dial **(877) 853-5247.**
7. When prompted, enter the Meeting ID: **883 6870 6954.** Hit "# (pound)" twice when prompted. You are now in the meeting.

### Accessing Zoom via Telephone:
1. Call toll-free **(877) 853-5247.**
2. When prompted, enter the following Meeting ID: **883 6870 6954.**
3. Hit "# (pound)" when prompted. Hit "# (pound)" again. You do not need to enter a Participant ID.

**PROOF OF SERVICE DOCUMENT**

**In Re:**     **SISKIND, JEFFREY MARC**

        **Case No. LA 2:23-bk-11720-VZ**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

      NANCY CURRY, CHAPTER 13 TRUSTEE
      1000 WILSHIRE BLVD., SUITE 870
      LOS ANGELES, CA  90017

The foregoing document described as **AMENDED NOTICE OF 341(a) MEETING OF CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On <u>April 3, 2023</u>
I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>** (indicate method for each person or entity served):
On <u>April 3, 2023</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

<u>Debtor</u>                                        <u>Attorney for Debtor</u>
SISKIND, JEFFREY MARC                  IN PRO PER

3465 SANTA BARBARA DR
WELLINGTON, FL 33414                       ,    -

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on <u>April 3, 2023</u>, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed  no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

<u>April 3, 2023</u>                         <u>Elizet Cash-Shelton</u>                  <u>/s/ Elizet Cash-Shelton</u>
Date                                      Type Name                            Signature

Label Matrix for local noticing
0973-2
Case 2:23-bk-11720-VZ
Central District of California
Los Angeles
Mon Apr  3 11:29:32 PDT 2023

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

CreditOne Bank
PO Box 60500
City of Industry, CA 91716-0500

Mobiloans
PO Box 1409
Marksville, LA 71351-1409

Robert Allen Gibson
1709 22nd Avenue North
Lake Worth Beach, FL 33460-6000

USIRS
PO Box 7346
Philadelphia, PA 19101-7346

Uetsa Tsakiits Inc dba MaxLend
PO Box 760
Parshall, ND 58770-0703

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Jeffrey Marc Siskind
3465 Santa Barbara Dr
Wellington, FL 33414-7269

Nancy K Curry (TR)
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017-2466


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF

End of Label Matrix
Mailable recipients     9
Bypassed recipients     1
Total                  10