UNITED STATES BANKRUPTCY COURT
CENTRAL DIVISION OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:

JEFFREY MARC SISKIND,                                Case No. 2:23-bk-11720-VZ

Debtor.                                                              Chapter 13

_____/

## CERTIFICATE OF SERVICE

COMES NOW the Debtor, JEFFREY MARC SISKIND, pro se, and certifies that the Amended Notice of 341 Meeting of Creditors and Chapter 13 Plan were sent by U.S. Mail, postage prepaid, by the Debtor to those creditors listed on the attached List of Creditors this 19th day of April, 2023.

Debtor: _____
Jeffrey Marc Siskind

LIST OF CREDITORS
In Re Jeffrey Marc Siskind
Case No. 2:23-bk-11720-VZ

US IRS
Centralized Insolvency
PO Box 7346
Philadelphia, PA  19101-7346


Uetsa Tsakits Inc
dba MaxLend
PO Box 760
Parshall, ND  58770


Mobiloans
PO Box 1409
Marksville, LA 71351


CreditOne Bank
PO Box 60500
City of Industry, CA 91716-0500

PayPal
2211 North First Street
San Jose, CA  95131


Office of the United States Trustee
51 SW First Avenue Room 1204
Miami, FL  33130-1608


CIVITEK
PO Box 16428
Tallahassee, FL  32317


Florida Elections Commission
ATTN: Mattie Clay, Esq.
107 West Gaines Street Ste 224
Tallahassee, Florida 32399-1050


Clerk and Comptroller, Palm Beach County
PO Box 3406
West Palm Beach, FL  33402


U.S. Dept of Education
PO Box 5609
Greenville, TX  75403-5609

NES
Assignee for PNC Bank, N.A.
2479 Edison Boulevard, Unit A
Twinsburg, OH  44087-2340


Talavera Association, Inc.
c/o Backer Poliakoff & Foelster
400 South Dixie Highway Ste 420
Boca Raton, FL  33432


Ryan M Aboud, Esq.
Ryan M Aboud, PA
980 N Federal Hwy Ste 110
Boca Raton, FL  33432


FedEx
PO Box 660481
Dallas, TX  75266-0481


Florida Dept. of Revenue
2468 Metrocentre Blvd.
West Palm Beach, FL  33407-3105


Belmar Winds, Inc. et al.
c/o Sofiye Williams, Esq.
500 E Broward Blvd Ste 1710
Fort Lauderdale, FL  33394-3012

FVRMS, LLC
c/o Max Zaretsky, Esq.
1615 Forum Pl Ste 3A
West Palm Beach, FL 33401-2316


David Fiore, et al.
c/o Sofiye Williams, Esq.
500 E Broward Blvd Ste 1710
Fort Lauderdale, FL  33394-3012


Robert Gibson
1709 22nd Avenue North
Lake Worth Beach, FL  33460


Sara Dozier Rev. Trust and Michael Brown, Esq.
c/o Brown & Associates PA
712 US Highway 1 Ste 210-6
North Palm Beach, FL 33408-4521