23-BK-11720 VZ

PayPal
2211 North First Street
San Jose, CA 95131

FILED
APR 24 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:             Deputy Clerk

Office of the United States Trustee
51 SW First Avenue Room 1204
Miami, FL  33130-1608


CIVITEK
PO Box 16428
Tallahassee, FL  32317


Florida Elections Commission
ATTN: Mattie Clay, Esq.
107 West Gaines Street Ste 224
Tallahassee, Florida 32399-1050


Clerk and Comptroller, Palm Beach County
PO Box 3406
West Palm Beach, FL  33402


U.S. Dept of Education
PO Box 5609
Greenville, TX  75403-5609

Received
By
Mail

NES
Assignee for PNC Bank, N.A.
2479 Edison Boulevard, Unit A
Twinsburg, OH  44087-2340


Talavera Association, Inc.
c/o Backer Poliakoff & Foelster
400 South Dixie Highway Ste 420
Boca Raton, FL  33432


Ryan M Aboud, Esq.
Ryan M Aboud, PA
980 N Federal Hwy Ste 110
Boca Raton, FL  33432


FedEx
PO Box 660481
Dallas, TX  75266-0481


Florida Dept. of Revenue
2468 Metrocentre Blvd.
West Palm Beach, FL  33407-3105


Belmar Winds, Inc. et al.
c/o Sofiye Williams, Esq.
500 E Broward Blvd Ste 1710
Fort Lauderdale, FL  33394-3012

FVRMS, LLC
c/o Max Zaretsky, Esq.
1615 Forum Pl Ste 3A
West Palm Beach, FL 33401-2316


David Fiore, et al.
c/o Sofiye Williams, Esq.
500 E Broward Blvd Ste 1710
Fort Lauderdale, FL  33394-3012


Robert Gibson
1709 22nd Avenue North
Lake Worth Beach, FL  33460


Sara Dozier Rev. Trust and Michael Brown, Esq.
c/o Brown & Associates PA
712 US Highway 1 Ste 210-6
North Palm Beach, FL 33408-4521

```
              UNITED STATES
            BANKRUPTCY COURT
       CENTRAL DISTRICT OF CALIFORNIA
            LOS ANGELES DIVISION

              # 20247437 - 20

               April 24, 2023
                 14:53:08

              Amended Sched$32
               23-11720-VZ LA

Debtor..: JEFFREY MARC SISKIND
Judge...: V. ZURZOLO
Trustee: NANCY CURRY
Amount.:          $32.00 CH
Check#.: 28382403025




Amount Tendered:
Total Due-> $32.00
Change Due-> $0.00
```