## DECLARATION IN SUPPORT OF OBJECTION

I, __Roselia Chavez__, declare and state as follows:

1. I am over 18 years of age and am employed at Select Portfolio Servicing, Inc. ("Select Portfolio") as a __Document Control Officer__ Select Portfolio is the servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA5. In such capacity, I am authorized to make this declaration regarding the loan described below (the "Loan"). If called to testify in this matter, I would testify under oath as to the following:

2. I have access to and am familiar with the books and records of Select Portfolio regarding the Loan, including the servicing records and copies of the applicable Loan documents of Select Portfolio. I am familiar with the manner in which Select Portfolio maintains its books and records, including computer records relating to the servicing of the Loan. The records of Select Portfolio are made at or near the time of the occurrence of the matters set forth in such records, by an employee or representative with knowledge of the acts or events recorded. Such records are obtained, kept and maintained by Select Portfolio in the regular course of business of Select Portfolio. Select Portfolio relies on such records in the ordinary course of its business.

3. I am familiar with the manner and procedure by which the records of Select Portfolio, are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by employees or agents at Select Portfolio in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by persons with such knowledge. It is my business practice to maintain these records in the regular course of business.

4. The subject real property securing the Deed of Trust loan is commonly known as 3465 Santa Barbara Dr, Wellington, FL 33414, and legally described as set forth in the attached Deed of Trust.

5.  Select Portfolio is the holder of a Promissory Note dated 4/13/2007, in the principal amount of $2,160,400.00, which is secured by a Deed of Trust and recorded in the Official Records of Palm Beach County, on 6/1/2007. See **Exhibit "1"** for true and correct copies of the Deed of Trust and Note.

6.  Select Portfolio uses the standard practices of the mortgage lender industry. A payment received is applied to the account and credited to the next due payment. For example, a payment received in December will be applied to the November payment if no payment had been received in November.

7.  The amount in default was $387,827.48, as described in the Proof of Claim filed by this Secured Creditor on or about 4/13/2023. **See Exhibit "1."**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 04/27/2023 (date) Salt Lake (city) Utah (state)

_____
Roselia Chavez
Document Control Officer
Select Portfolio Servicing, Inc.
04/27/2023