UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:                                                                                  CASE NO. 2:23-BK-11720-VZ

JEFFREY MARC SISKIND,                                                  CHAPTER 13

      Debtor.

_____/

# NOTICE OF FILING AMENDED SCHEDULE C
# AND ADDITIONAL ADDRESS FOR CREDITOR

    I hereby certify that a true copy of the Debtor's Amended Schedule C was filed and furnished on the 30th day of May, 2023, via CM/ECF to all persons authorized to receive notices, electronically, and/or by U.S. Mail, postage prepaid, to all creditors and interested parties who are not authorized to receive notices, electronically, through the Court's CM/ECF system.

    I further certify that creditor Robert Allen Gibson has published by affidavit filed in the official records of Palm Beach County, Florida that he has an additional address for mailing purposes of 2385 NW Executive Center Drive, Ste. 100, Boca Raton, FL  33431-8510.  Debtor requests that this address be added to the creditor mailing matrix in this case.

                                    _____*/s/ Jeffrey M. Siskind*_____
                                       Jeffrey M. Siskind, Pro Se

            1629 K Street, Ste. 300, NW  Washington, DC  20006
           100 Harborview Drive, Third Floor  Baltimore, MD  21230
           113 N. Monroe Street, 1st Floor  Tallassee, Florida  32301
            3465 Santa Barbara Drive  Wellington, Florida  33414

           TELEPHONE (561) 791-9565  FACSIMILE  (561) 791-9581
            Emails:  jeffsiskind@msn.com & jeffsiskind@gmail.com