Certificate Number: 14912-CAC-DE-037560235

Bankruptcy Case Number: 23-11720



14912-CAC-DE-037560235

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 3, 2023, at 3:59 o'clock PM EDT, Jeffrey Siskind completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  July 3, 2023                    By:    /s/Jai Bhatt

                                       Name:  Jai Bhatt

                                       Title: Counselor