Nancy Curry, Chapter 13 Trustee
Masako Okuda, Esq. (SBN 247925)
1000 Wilshire Boulevard, Suite 870
Los Angeles, California 90017
Tel: (213) 689-3014
Fax: (213) 689-3055

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Chapter 13 <br> ) <br> ) Case No. 2:23-bk-11720-VZ <br> ) <br> ) **VOLUNTARY DISMISSAL OF OBJECTION** <br> ) **TO DEBTOR'S CLAIM OF EXEMPTION** <br> ) <br> ) <br> ) <br> ) Date:   July 17, 2023 <br> ) Time:  11:30 A.M. <br> ) Ctrm:  1368 <br> ) Place:  255 East Temple Street, <br> )             Los Angeles, CA 90012 <br> ) <br> ) <br> ) |
| Jeffrey Marc Siskind, | |
| Debtor. | |

**TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY**

**JUDGE; DEBTOR; DEBTOR'S ATTORNEY; AND ALL OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Chapter 13 Trustee hereby voluntarily dismisses her Objection to Debtor's Claim of Exemption filed on May 23, 2023.


DATED: July 12, 2023                     /s/ Masako Okuda
                                                                           Masako Okuda
                                                                           Attorney for Nancy Curry, Chapter 13 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

> NANCY CURRY CHAPTER13 TRUSTEE
> 1000 WILSHIRE BLVD, SUITE 870
> LOS ANGELES, CA 90017

The foregoing document described **VOLUNTARY DISMISSAL OF OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/12/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- JaVonne M Phillips    bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com
- Arvind Nath Rawal    arawal@aisinfo.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 7/12/2023, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

<u>Debtor</u>
Jeffrey Marc Siskind
3465 Santa Barbara Dr
Wellington, FL 33414

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/12/2023 | Carlos Robles | /s/ Carlos Robles |
|---|---|---|
| *Date* | *Type Name* | *Signature* |