UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:                                              CASE NO. 2:23-BK-11720-VZ

JEFFREY MARC SISKIND,                               CHAPTER 13

            Debtor.

_____/

## NOTICE OF FILING STATEMENT OF COMPLIANCE WITH THE BUSINESS REPORTING REQUIREMENTS OF LBR 3015-1(c)(4)

Debtor, Jeffrey Marc Siskind, pro se, files this Statement of Compliance with the Business Reporting Requirements of LBR 3015-1(c)(4), and states:

1.      In its Objection to Confirmation, within Exhibit A's "Income" section, the Chapter 13 Trustee requested that Debtor provide the Trustee with monthly income statements and supporting bank statements for the period September, 2022 through 2023 year-to-date and complete federal tax returns for each of the three businesses owned by the Debtor; Siskind, PLLC, AmTech, LLC and BDSI, Inc.

2.      These businesses are not required to file federal income tax returns or state income tax returns and they do not anticipate filing future returns because they are disregarded entities whose income is reported by Debtor in its federal income tax return.

3.      Only BDSI, Inc. has income which it receives in Florida, and Florida does not have a state income tax reporting requirement.

4.      BDSI, Inc.'s income is deposited into a separate bank account that is maintained in Florida.  Debtor does not maintain bank accounts for Amtech, LLC or Siskind, PLLC.

4.      Debtor complied with LBR 3015(c)(3) by filing its Declaration by Debtor(s) as to Whether Income was Received from an Employer within 60 Days of the Petition Date on July

31, 2023, and provided its 2021 Federal Income Tax Return to the Chapter 13 Trustee on August

4, 2023, together with the 2021 official IRS transcript.

      WHEREFORE, Debtor submits that must supply the Chapter 13 Trustee with requested

monthly income and expenses statements using the Chapter 13 Trustee's Income and Expense

Statement Form for BDSI, Inc. to meet the statutory requirements of LBR 3015-1(c)(4).

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Pro Se
3465 Santa Barbara Drive  Wellington, Florida  33414
TELEPHONE (561) 791-9565  FACSIMILE  (561) 791-9581
Emails:  jeffsiskind@msn.com & jeffsiskind@gmail.com

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the foregoing Statement of Compliance with the Business
Reporting Requirements of LBR 3015-1(c)(4) was served by CM/ECF upon the following
Creditors and other parties upon the filing hereof.

      United States Trustee (LA)
      ustpregion16.la.ecf@usdoj.gov

      JaVonne M Phillips
      McCarthy & Holthus, LLP
      bknotice@mccarthyholthus.com

      Arvind Nath Rawal
      arawal@aisinfo.com

      Nancy K Curry (TR)
      trustee13la@aol.com

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Pro Se