| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Jeffrey Marc Siskind<br>3465 Santa Barbara Drive<br>Wellington, FL  33414<br><br>☐ Attorney for: | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Jeffrey Marc Siskind,<br><br><br><br>Debtor(s). | CASE NO.: 23-11720-VZ<br>CHAPTER: 13<br><br>**NOTICE OF OBJECTION TO CLAIM**<br><br>DATE: 09/18/2023<br>TIME: 11:30 am<br>COURTROOM: 1368<br>PLACE: 255 E Temple Street<br>           Los Angeles, CA 90012 |
|---|---|

1. TO *(specify claimant and claimant's counsel, if any)*: <u>Christopher George</u>

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim #<u>6</u>_____) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

   **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: <u>08/07/2023</u>

<u>Jeffrey M. Siskind, Pro Se</u>
Printed name of law firm

_____
Signature

Date Notice Mailed: <u>08/07/2023</u>

_____
Printed name of attorney for objector

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                        Page 1                              F 3007-1.1.NOTICE.OBJ.CLAIM

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:  CASE NO. 2:23-BK-11720-VZ

JEFFREY MARC SISKIND,  CHAPTER 13

    Debtor.

_____/

## OBJECTION TO PROOF OF CLAIM NO. 6

COMES NOW the Debtor, Jeffrey Marc Siskind, Pro Se, and files this Objection to Proof of Claim No. 6, and states:

1. Debtor filed its Chapter 13 petition on March 23, 2023.

2. The deadline for filing non-governmental Proof of Claim ("POC") was June 1, 2023.

3. On June 1, 2023, Christopher George ("Claimant") filed a POC which was prima facie deficient because it was not supported by any attached documentation.

4. Debtor objects to the POC for an unsecured claim that was filed by Claimant was submitted on Official Form 410.

5. In Part 2, Section 7 of Claimant's POC, Claimant alleged that $3,000,000 is the amount of its claim based upon the allegation in Section 8 that stated as a basis "Money and my house he stole form me."

6. The claim that Debtor 'stole' Claimant's house was already adjudicated in Debtor's favor by the Honorable Glenn Kelley in Palm Beach County Circuit Court judgment in case no. 2016-CA-012892 before he was elevated to serve as Chief Judge of the circuit. After Judge Kelley found that there were no wrongful acts by the Debtor, the judgment was appealed and the appellate court affirmed the lower court's judgment.

7. The remainder of the claim could only refer to a $2,000,000 loan that Claimant made to a company owned and operated by Debtor's father and in which Debtor did not possess an interest. That portion of the claim against the Debtor, who never agreed to become liable for any debts of his late father is a patently false claim. The loan was made when Claimant was incarcerated in federal prison.

8. The Proof of Claim was signed by the Claimant under penalty of perjury in Part 3.

9. Debtor submits that the foregoing POC is facially deficient because it does not lacks any coherent backup as to the amount alleged to be owed. Nor does it even attempt to explain how the Claimant derived its $3,000,000 claim.

10. Claimant's failure to attach any supporting documentation which attests to any sums due as required by Bankruptcy Rule 3001(c) is also fatal to Claimant's POC.

11. Claimant bears the evidentiary burden of proving a prima facie claim, absent which its claim must be disallowed.

12. Claimant filed its POC purely to harass Debtor.

13. Because the POC fails to provide adequate supporting information as required under FRBP 3001(c), Debtor seeks an order precluding Claimant from presenting any omitted information in any contested matter or adversary proceeding and also seeks its reasonable expenses and any applicable attorneys' fees pursuant to FRBP 3001(c)(2)(D).

14. Said applicable attorneys' fees would be the amount of reasonable hourly fees times the number of hours spent by an attorney hired by Debtor to prosecute this Objection.

WHEREFORE, Debtor objects to POC No. 6 filed by Christopher George and requests that it be stricken, and that the Court impose reasonable damages against Claimant.



_/s/ Jeffrey M. Siskind_
Jeffrey M. Siskind, Pro Se

3465 Santa Barbara Drive
Wellington, FL 33414

TELEPHONE (561) 791-9565  FACSIMILE  (561) 791-9581
Emails:  jeffsiskind@msn.com & jeffsiskind@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above Objection to Proof of Claim No. 6 was served upon Claimant and appropriate creditors as shown on the attached Proof of Service of Document.

_/s/ Jeffrey M. Siskind_
Jeffrey M. Siskind, Pro Se

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
17927 77th Lane, Loxahatchee, FL 33470

A true and correct copy of the foregoing document entitled: **NOTICE OF OBJECTION TO CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/07/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

 United States Trustee (LA); ustpregion16.la.ecf@usdoj.gov
 JaVonne M Phillips, McCarthy & Holthus, LLP; bknotice@mccarthyholthus.com
 Arvind Nath Rawal; arawal@aisinfo.com
 Nancy K Curry (TR); trustee13la@aol.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/07/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
255 East Temple Street, Suite 1360
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/07/2023 | Josef Schneider | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                     Page 2                                   F 3007-1.1.NOTICE.OBJ.CLAIM

## ATTACHMENT TO PROOF OF SERVICE OF DOCUMENT

Additional Party Served by U.S. Mail

Christopher George
1831 Primrose Lane
Wellington, FL  33414