| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey Marc Siskind<br>3465 Santa Barbara Drive<br>Wellington, FL 33414 | |

☐ *Attorney for:*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ☒

| In re:<br>Jeffrey Marc Siskind, | CASE NO.: 23-11720-VZ<br>CHAPTER: 13     ☒ |
|---|---|
| | **NOTICE OF OBJECTION TO CLAIM** |
| | DATE: 09/18/2023<br>TIME: 11:30 am<br>COURTROOM: 1368<br>PLACE: 255 E Temple Street<br>            Los Angeles, CA 90012 |
| Debtor(s). | |

1. TO *(specify claimant and claimant's counsel, if any)*: <u>Alliant Capital Management HDH; Weinstein & Riley, PS</u>

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim #<u>7          </u>) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

   **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: 08/07/2023

Jeffrey M. Siskind, Pro Se
Printed name of law firm

_(Signature)_
Signature

Date Notice Mailed: 08/07/2023

Printed name of attorney for objector

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:                                                  CASE NO. 2:23-BK-11720-VZ

JEFFREY MARC SISKIND,                                   CHAPTER 13

    Debtor.

_____/

## OBJECTION TO PROOF OF CLAIM NO. 7

COMES NOW the Debtor, Jeffrey Marc Siskind, Pro Se, and files this Objection to Proof of Claim No. 7, and states:

1. Debtor filed its Chapter 13 petition on March 23, 2023.

2. The deadline for filing non-governmental Proof of Claim ("POC") was June 1, 2023.

3. On June 1, 2023, Alliant Capital Management – HDH ("Claimant") filed POC 7 for a claim in the amount of which was prima facie deficient because it did not allege that any money was due to Claimant by the Debtor.

4. Debtor objects to the POC that was filed by Claimant was submitted on Official Form 410.

5. In Part 2, Section 7 of Claimant's POC, Claimant alleged that $2,361,61 is the amount of its claim.

6. In Part 2, Section 8, Claimant alleged that the debt was based upon a credit card.

7. In Part 2, Section 9 of the POC, Claimant alleged that its claim is unsecured.

8. There were no attachments attached to Claimant's Official Form 410 to support its claim, except a one-page summary which states that the account upon which Debtor is alleged to owe a debt was owned by The Check Cashing Store.

9. The Proof of Claim was signed by the Claimant under penalty of perjury in Part 3 by an individual that appears to be employed by the putative creditor's law firm, as evidenced by the signature block and the Proof of Service Document filed as an attachment to the POC.

10. Debtor submits that the foregoing POC is facially deficient because it does not indicate that a claim previously held by the Check Cashing Store was ever assigned to Claimant, and that Claimant failed to attach any supporting documentation to attest to the amount of the original debt or charges to a credit card as required by Bankruptcy Rule 3001(c).

11. Debtor never had a credit card issued by Claimant or its indicated predecessor-in-interest.

12. If the claim is for a loan to Debtor that was made in Florida, it is for an amount that exceeds the usury rate of interest which is 18% for loan amounts of less than $500,000 pursuant to Section 687.02(1), Florida Statutes.

13. Claimant bears the evidentiary burden of proving a prima facie claim that comports with all applicable laws, absent which its claim must be disallowed.

14. Prior to filing its deficient POC No. 7 in this case, Claimant made no effort in any forum to press any claim to recover sums that it might otherwise to be due to it by Debtor.

15. Claimant's claim is tantamount to an admission that said Claimant has violated Florida's applicable usury law to such an extent that it constitutes a felony.

15. Claimant filed its deficient POC No. 7 purely to harass Debtor.

16. Because POC No. 7 fails to provide adequate supporting information required under FRBP 3001(c), Debtor seeks an order precluding Claimant from presenting any omitted information in any contested matter or adversary proceeding and also seeks its reasonable expenses and any applicable attorneys' fees pursuant to FRBP 3001(c)(2)(D).

17.  Said applicable attorneys' fees would be the amount of reasonable hourly fees times the number of hours spent by an attorney hired by Debtor to prosecute this Objection.

WHEREFORE, Debtor objects to POC No. 7 and requests that it be stricken, and that the Court impose reasonable damages against Claimant.

_/s/ Jeffrey M. Siskind_
Jeffrey M. Siskind, Pro Se
3465 Santa Barbara Drive
Wellington, FL 33414

TELEPHONE (561) 791-9565 FACSIMILE (561) 791-9581
Emails: jeffsiskind@msn.com & jeffsiskind@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above Objection to Proof of Claim No. 7 was served upon Claimant and all appropriate creditors as shown on the attached Proof of Service of Document.

_/s/ Jeffrey M. Siskind_
Jeffrey M. Siskind, Pro Se

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
17927 77th Lane, Loxahatchee, FL 33470

A true and correct copy of the foregoing document entitled: **NOTICE OF OBJECTION TO CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/07/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA); ustpregion16.la.ecf@usdoj.gov
JaVonne M Phillips, McCarthy & Holthus, LLP; bknotice@mccarthyholthus.com
Arvind Nath Rawal; arawal@aisinfo.com
Nancy K Curry (TR); trustee13la@aol.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/07/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
255 East Temple Street, Suite 1360
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/07/2023 | Josef Schneider | /s/ Josef Schneider |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 3007-1.1.NOTICE.OBJ.CLAIM

## ATTACHMENT TO PROOF OF SERVICE OF DOCUMENT

Additional Party Served by U.S. Mail

Alliant Capital Management – HDH
c/o Weinstein & Ripley, PS
2001 Western Avenue, Ste. 400
Seattle, WA 98121