| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Jeffrey Marc Siskind<br>3465 Santa Barbara Drive<br>Wellington, FL 33414<br><br>☐ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Jeffrey Marc Siskind,<br><br><br><br>Debtor(s). | CASE NO.: 23-11720-VZ<br>CHAPTER: 13<br><br>**NOTICE OF OBJECTION TO CLAIM**<br><br>DATE: 09/18/2023<br>TIME: 11:30 am<br>COURTROOM: 1368<br>PLACE: 255 E Temple Street<br>Los Angeles, CA 90012 |
|---|---|

1. TO *(specify claimant and claimant's counsel, if any)*: <u>Robert Gibson</u>

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim #<u>10</u>) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

   **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: <u>08/07/2023</u>

<u>Jeffrey M. Siskind, Pro Se</u>
Printed name of law firm

_____
Signature

Date Notice Mailed: <u>08/07/2023</u>

_____
Printed name of attorney for objector

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                 Page 1                            F 3007-1.1.NOTICE.OBJ.CLAIM

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:  CASE NO. 2:23-BK-11720-VZ

JEFFREY MARC SISKIND,  CHAPTER 13

    Debtor.

_____/

## OBJECTION TO PROOF OF CLAIM NO. 10

COMES NOW the Debtor, Jeffrey Marc Siskind, Pro Se, and files this Objection to Proof of Claim No. 10, and states:

1. Debtor filed its Chapter 13 petition on March 23, 2023.

2. The deadline for filing non-governmental Proof of Claim ("POC") was June 1, 2023.

3. On June 1, 2023, Robert Gibson a/k/a Robert Allen Gibson ("Claimant") filed three (3) POCs, one of which was prima facie deficient because it did not allege that any money was due to Claimant by the Debtor.

4. Debtor objects to the POC that was filed by Claimant was submitted on Official Form 410.

5. In Part 2, Section 7 of Claimant's POC, Claimant alleged that $0.00 is the amount of its claim.

6. In Part 2, Section 9 of the POC, Claimant alleged that its claim is unsecured.

7. There were no attachments attached to Claimant's Official Form 410 to support its claim.

8. The Proof of Claim was signed by the Claimant under penalty of perjury in Part 3.

9. Debtor submits that the foregoing POC is facially deficient because it alleges that

it is not owed any money, and further submits that Claimant failed to attach any supporting documentation to attest to any sums due as required by Bankruptcy Rule 3001(c).

10. Claimant's company provided paralegal, case management and receptionist services to Debtor's law firm as an independent contractor but was terminated in 2017 when Debtor discovered that Claimant absconded with Debtor's client and business files.

11. Claimant's POC falls outside all applicable statutes of limitation and is therefore fails to state a prima facie basis pursuant to 11 U.S.C. 502(b)(1) et seq.

12. Claimant bears the evidentiary burden of proving a prima facie claim, absent which its claim must be disallowed.

13. Prior to filing its deficient POC No. 10 in this case, Claimant made no effort in any forum to press any claim to recover sums that it might otherwise to be due to it by Debtor, despite Debtor's prior requests to Claimant to provide Debtor with an amount alleged to be due.

14. Claimant's claim to $0.00 due from Debtor is tantamount to an admission that said Claimant is not owed any money for alleged 'unpaid wages, withholding and FICA as an employee.'

15. Claimant filed its baseless POC No. 10 purely to harass Debtor.

16. Because POC No. 10 fails to provide adequate supporting information required under FRBP 3001(c), Debtor seeks an order precluding Claimant from presenting any omitted information in any contested matter or adversary proceeding and also seeks its reasonable expenses and any applicable attorneys' fees pursuant to FRBP 3001(c)(2)(D).

17. Said applicable attorneys' fees would be the amount of reasonable hourly fees times the number of hours spent by an attorney hired by Debtor to prosecute this Objection.

WHEREFORE, Debtor objects to POC No. 10 filed by Robert Gibson and requests that it be stricken, and that the Court impose reasonable damages against Claimant.

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Pro Se
3465 Santa Barbara Drive
Wellington, FL  33414

TELEPHONE (561) 791-9565  FACSIMILE  (561) 791-9581
Emails:  jeffsiskind@msn.com & jeffsiskind@gmail.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above Objection to Proof of Claim No. 10 was served upon Claimant and all appropriate creditors as shown on the attached Proof of Service of Document.

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Pro Se

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
17927 77th Lane, Loxahatchee, FL 33470

A true and correct copy of the foregoing document entitled: **NOTICE OF OBJECTION TO CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 08/07/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
  United States Trustee (LA); ustpregion16.la.ecf@usdoj.gov
  JaVonne M Phillips, McCarthy & Holthus, LLP; bknotice@mccarthyholthus.com
  Arvind Nath Rawal; arawal@aisinfo.com
  Nancy K Curry (TR); trustee13la@aol.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 08/07/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
255 East Temple Street, Suite 1360
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/07/2023 | Josef Schneider | _(signature)_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 2                     F 3007-1.1.NOTICE.OBJ.CLAIM

## ATTACHMENT TO PROOF OF SERVICE OF DOCUMENT

Additional Party Served by U.S. Mail

Robert Gibson
2385 NW Executive Center Drive, Ste. 100
Boca Raton, FL  33431-8510