Jeffrey Marc Siskind, Pro Se
3465 Santa Barbara Drive
Wellington, Florida 33414
TEL   (561) 791-9565
FAX:  (561) 791-9581
jeffsiskind@msn.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DIVISION OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In Re:                                )<br>                                            )<br>JEFFREY MARC SISKIND,    )<br>                                            )<br>        Debtor.                      )<br>                                            )<br>                                            )<br>                                            )<br>                                            )<br>                                            )<br>                                            )<br>                                            )<br>                                            )<br>                                            )<br>                                            )<br>                                            )<br>_____) | Case No. 2:23-bk-11720-VZ<br><br>Chapter 13<br><br>NOTICE OF DEBTOR JEFFREY MARC SISKIND'S CONSENT TO U.S. BANK N.A. OBTAINING IN REM RELIEF FROM STAY<br><br>Hearing:<br>Date:   August 15, 2023<br>Time:  10:00 a.m.<br>Place:  Courtroom # 1368<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

COMES NOW the Debtor, Jeffrey Marc Siskind, pro se, and files this Notice of Debtor's Jeffrey Marc Siskind's Consent to U.S. Bank N.A. Obtaining In Rem Relief from Stay, and states:

1.  Debtor files this Notice in response to the Motion for Relief from the Automatic Stay under 11 U.S.C. 362 filed by U.S. Bank, N.A. ("Movant") on July 11, 2023 at ECF 37.

2.  Debtor is unable to attend the hearing on August 15, 2023 because of another hearing already scheduled in Tallahassee, Florida that requires Debtor's presence on the date scheduled for the hearing on Movant's motion.

3. Movant did not coordinate the hearing date with Debtor, who cannot attend.

4. Debtor, however, consents to permitting <u>In Rem</u> stay relief only to Movant.

5. Debtor does not consent to non-in rem relief from the automatic stay because Debtor admits that the extent of its liability is limited to any possible deficiency on the real property that is affected by Movant's motion for stay relief, which non-in rem relief is contingent and unliquidated.

6. The real property to which the motion for stay relief pertains is owned by the Second Siskind Family Trust, and is not Debtor's property, as the result of a Warranty Deed recorded on April 16, 2012 at Book 25138, Page 1202, public records of Palm Beach County, Florida (attached hereto as "Exhibit A"), and pursuant to the Garn-St. Germain Depository Institutions Act of 1982 (Pub. L., 97-320, H.R. 6267, enacted October 15, 1982).

7. This consent is without prejudice to any future foreclosure or related litigation that may be brought in Palm Beach County, Florida.

WHEREFORE, Debtor consents only to In Rem relief requested by Movant for the reasons herein stated.

_____
Jeffrey M. Siskind, Pro Se
3465 Santa Barbara Drive  Wellington, Florida  33414
TELEPHONE (561) 791-9565  FACSIMILE  (561) 791-9581
Emails:  jeffsiskind@msn.com & jeffsiskind@gmail.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Response was served upon those parties listed in the Proof of Service of Document this 10th day of August, 2023.

_____
Jeffrey M. Siskind, Pro Se

# EXHIBIT A

Prepared by and Return To:
Jeffrey M. Siskind, Esquire
525 S. Flagler Drive, Suite 500
West Palm Beach, FL 33401

PCN 73-41-44-21-03-000-0010

CFN 20120147680
OR BK 25138 PG 1202
RECORDED 04/16/2012 09:18:04
Palm Beach County, Florida
AMT 10.00
Doc Stamp 0.70
Sharon R. Bock, CLERK & COMPTROLLER
Pg 1202; (1pg)

**Warranty Deed**

**This Warranty Deed** made this 11th day of April, 2012 between Jeffrey M. Siskind and Second Siskind Family Trust, whose address is c/o Jeffrey M. Siskind, 525 South Flagler Drive, Suite 500, West Palm Beach, FL 33401 "Grantee:"

(Whenever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees.)

**Witnesseth,** that said Grantor, for and in consideration of the sum TEN AND NO/100 DOLLARS ($10.00) and other good valuable consideration to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, alienate, remise, release, convey and confirm unto the said Grantee, and Grantee's heirs and assigns forever, all the right, title, interest, claim and demand which Grantor has in and to the following described land, situate, lying and being in Palm Beach County, Florida to-wit:

> Lot 1, Phase I of SOUTHFIELDS OF PALM BEACH POLO AND COUNTRY CLUB – WELLINGTON COUNTRYPLACE – P.U.D., according to Plat thereof as recorded in Plat Book 39, Page 19, Public Records of Palm Beach County, Florida.

**To Have and to Hold,** the same together with all and singular the appurtenances thereto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of Grantor, either in law or equity, for the use, benefit and profit of the said Grantee forever.

**Subject to** zoning, restrictions, prohibitions and other requirements imposed by governmental authority, restrictions and matters appearing on the Plat or otherwise common to the subdivision, easements of record, taxes for the current year and all subsequent years, and all items of record, which are not intended to be re-imposed hereby.

**In Witness Whereof,** Grantor has signed and granted these presents the day and year first above written.

Witness as to both signors
Print: Martin D Gros

Witness as to both signors
Print: Liliana Cruz

Jeffrey M. Siskind

State of Florida

County of Palm Beach

Before me this 12 day of April, 2012, appeared Jeffrey M. Siskind, who produced _____ as identification, or who is personally known to me and who voluntarily affixed their signatures hereto in my presence, and did/did not take an oath.

(SEAL)

MARTIN D. GROS
Notary Public - State of Florida
My Commission Expires Jun 17, 2012
Commission # DD 763296

NOTARY PUBLIC
Print Name: Martin D Gros
Comm. Exp. 6-17-2012

PROOF OF SERVICE DOCUMENT

In Re:    SISKIND, JEFFREY MARC
Case No. LA 2:23-bk-11720-VZ

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

17927 77th Lane North, Loxahatchee, FL 33470

The foregoing document described as **NOTICE OF DEBTOR JEFFREY MARC SISKIND'S CONSENT TO U.S. BANK N.A. OBTAINING IN REM RELIEF FROM STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 10, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

See attachment.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On August 10, 2023, I served the following person(s) and/or entity(ies) at the last known address(es) in this bank-ruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attachment.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R. Civ.P.5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

August 10, 2023          Josef Schneider          _____
Date                     Type Name                Signature

## PROOF OF SERVICE OF DOCUMENTS

ATTACHMENT TO ITEM #1

    United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

    JaVonne M Phillips
    McCarthy & Holthus, LLP
    bknotice@mccarthyholthus.com

    Arvind Nath Rawal
    arawal@aisinfo.com

    Nancy K Curry (TR)
    trustee13la@aol.com


ATTACHMENT TO ITEM #2

    Honorable Vincent P. Zurzolo
    United States Bankruptcy Court
    Central District of California
    255 East Temple Street, Suite 1360
    Loa Angeles, CA  90012