Caren J. Castle, Bar No. 93888
DEA Law Group, PC
4530 S. Eastern Avenue – Suite 10
Las Vegas, NV 89119
Telephone: 877-353-2146

Email: ccastle@idealawgroupllc.com
Attorney for Alliant Capital Management - HDH

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 23-11720-VZ |
| JEFFREY MARC SISKIND, | CHAPTER 13 |
| Debtor. | Hearing: 9/18/2023<br>Time: 11:30 a.m.<br>Courtroom: 1368<br>Place: 255 E. Temple Street<br>      Los Angeles, CA 90012 |

### ALLIANT CAPITAL MANAGEMENT - HDH'S RESPONSE TO OBJECTION TO CLAIM NUMBER 7

Alliant Capital Management - HDH, by and through its attorney of record, Caren J. Castle, responds to the debtor's objection to Alliant Capital Management - HDH Claim number 7 as follows:

1.    The debtor has objected to Claim number 7 on the grounds that the claims did not contain sufficient documentation.

2.    Alliant Capital Management - HDH has filed an amended proof of claim, a true and correct copy of which is attached hereto and made a part of this Response.

3.    The amended proof of claim was executed and filed in accordance with the Federal Rules of Bankruptcy Procedure and therefore constitutes prima facie evidence of the validity and amount of the claims in accordance with Federal Rule of Bankruptcy Procedure 3001(f).

WHEREFORE, Alliant Capital Management - HDH asks this Court to deny the Objection filed by the debtor, debtor's request for damages, and for such other and further relief as the Court deems just and proper.

Dated:  September 1, 2023                IDEA Law Group, PC

/s/ *Caren J. Castle*
Caren J. Castle, SBN 93888
4530 S. Eastern Avenue – Suite 7
Las Vegas, NV 89119
Phone: 877-353-2146
Email: ccastle@idealawgroupllc.com
Attorney for Creditor

# PROOF OF SERVICE DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

IDEA Law Group, PC, 4530 S. Eastern Avenue – Suite 7, Las Vegas, NV 89119

A true and correct copy of the foregoing document entitled *(specify)*: RESPONSE TO OBJECTION TO CLAIM NUMBER 7 will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 1, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Arvind Nath Rawal:  arawal@aisinfo.com
JaVonne M. Phillips:  bknotice@mccarthyholthus.com
Nancy K. Curry, Trustee:  trustee13la@aol.com
United States Trustee:  ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL:**
On September 1, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

<u>Debtor</u>
Jeffrey Marc Siskind
3465 Santa Barbara Drive
Wellington, FL  33414

<u>Judge</u>
Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
255 East Temple Street, Suite 1360
Los Angeles, CA  90012

☐ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 1, 2023 | Teresa M. Perry | /s/ Teresa M. Perry |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
48080468