CHERYL A. SKIGIN, #73472
LAW OFFICE OF CHERYL A. SKIGIN
8502 E CHAPMAN AVE #616
ORANGE, CA 92869
TELEPHONE: (714) 273-0210
FACSIMILE: (714) 242-2077
CASKIGIN@EARTHLINK.NET

ATTORNEY FOR CREDITOR
ALLY BANK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

| | |
|---|---|
| In Re:<br><br>Jeffrey Marc Siskind<br>Debtor.<br><br>_____/ | Case No 2:23-bk-11720-VZ<br>(Chapter 13 Proceeding)<br><br>**RESPONSE TO OBJECTION TO PROOF OF CLAIM 5**<br><br>Date: 9/18/2023<br>Time: 11:30 AM<br>Address: 255 E Temple St., Los Angeles, CA 90012<br>Courtroom: 1368<br>Judge: Vincent P. Zurzolo |

Ally Bank ("Creditor") files this Response to Objection to Proof of Claim ("Response") (Doc. 48) filed by Debtor and states the following:

**BACKGROUND**

1. On March 23, 2023, Debtor filed a petition for relief under Chapter 13 of Title 11 of the United States Code.

2. Creditor holds a security interest in the vehicle identified as a 2014 MERCEDES C300W 4, VIN # WDDGF8AB2ER312146 (the "Collateral"). [See Creditor copies of the retail installment sales contract is attached as Exhibit "1".]

1

3.   On June 1, 2023, Creditor filed proof of claim in the amount of $5,480.71 ("POC"). See Claim No. 5-1.

4.   On August 7, 2023, Debtor filed an Objection to Proof of Claim stating that the claim was filed in bad faith and Creditor failed to provide an adequate basis for its claim which requires the attachment of statement.

## MEMORANDUM OF POINTS AND AUTHORITIES

5.   The Creditor states that they have filed an Amended proof of claim on August 16, 2023 with the statement showing how we calculated the deficiency balance [See Amended proof of claim attached as Exhibit "2".].

6.   The Creditor therefore intend to pursue recovery against the vehicle based on default.

WHEREFORE Ally Bank prays this Honorable Court to sustain Ally Bank's Response to Debtor's Objection to proof of Claim and for such other and further relief to which it may be entitled, the premises considered.

Dated: September 1, 2023                    LAW OFFICE OF CHERYL A. SKIGIN

*/s/ Cheryl A. Skigin*

Attorney For Ally Bank