# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118

A true and correct copy of the foregoing document entitled (*specify*): Response to Objection to Proof of Claim 5
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/01/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    See Attached Service list

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/01/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    See Attached Service list

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/01/2023 | Cathy Bush | /s/ Cathy Bush |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                               F 9013-3.1.PROOF.SERVICE

**ATTACHMENT "SERVICE LIST"**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Nancy K Curry (TR)    TrusteeECFMail@gmail.com
JaVonne M Phillips    bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com
Arvind Nath Rawal    arawal@aisinfo.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL:**

**DEBTOR**
Jeffrey Marc Siskind
3465 Santa Barbara Dr
Wellington, FL 33414

**PRESIDING JUDGE'S COPY:**
Judge Vincent P. Zurzolo
255 E. Temple Street,
Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

**REQUEST FOR NOTICE:**

JaVonne Phillips
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108