Caren J. Castle, Bar No. 93888
DEA Law Group, PC
4530 S. Eastern Avenue – Suite 10
Las Vegas, NV 89119
Telephone: 877-353-2146
Email: ccastle@idealawgroupllc.com
Attorney for Claimant, Alliant Capital Management HDH

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Jeffrey Marc Siskind,<br><br>　　Debtor(s). | Case No.: 2:23-bk-11720-VZ<br><br>Chapter: 13<br><br>**STIPULATION FOR CONTINUANCE HEARING ON MOTION RE: OBJECTION TO CLAIM NUMBER 7**<br><br>*Current Hearing:*<br>Date: 9/18/2023<br>Time: 11:30 AM<br>Courtroom: 1368<br>Location: U.S. Bankruptcy Court<br>255 E Temple St., Los Angeles, CA 90012<br><br>Judge: Honorable Judge Vincent P. Zurzolo |

　　This Stipulation is submitted by Claimant, Alliant Capital Management HDH ("Claimant") by and through its undersigned attorney and the Debtor, Jeffrey Marc Siskind (hereafter called "the Parties"). The parties agree to continue the Motion RE: Objection to Claim filed on August 7, 2023, docket no. 50 (the "Motion"), and Claimant's response to the Motion filed on September 1, 2023, docket no.: 65, currently set for September 18, 2023 at 11:30 AM be

1

continued to October 2, 2023 at 11:30 AM at Courtroom 1368, 255 E Temple St., Los Angeles, CA 90012 before the Honorable Judge Vincent P. Zurzolo.

Respectfully submitted and stipulated by:

/s/ Caren J. Castle
Caren J. Castle, Bar No. 93888
DEA Law Group, PC
4530 S. Eastern Avenue – Suite 10
Las Vegas, NV 89119
Telephone: 877-353-2146
Email: ccastle@idealawgroupllc.com
Attorney for Movant

Jeffrey Marc Siskind
3465 Santa Barbara Dr
Wellington, FL 33414
Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2001 Western Ave., Ste 400
Seattle, WA 98121

A true and correct copy of the foregoing document entitled (*specify*): _____
_____
STIPULATION FOR CONTINUANCE HEARING ON MOTION RE: OBJECTION TO CLAIM NUMBER 7
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____9/7/2023_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Caren J Castle    ccastle@idealawgroupllc.com,
ccastle@idealawgroupllc.com;DMartinez@OakHarborManagement.com;TPerry@oakharbormanagement.com
   Nancy K Curry (TR)    TrusteeECFMail@gmail.com
   JaVonne M Phillips    bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com
   Arvind Nath Rawal    arawal@aisinfo.com
   Cheryl A Skigin    caskigin@earthlink.net, caskigin@earthlink.net
   United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____9/7/2023_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jeffrey Marc Siskind
3465 Santa Barbara Dr
Wellington, FL 33414
Debtor

JaVonne Phillips
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 7, 2023 | Dyane Martinez | /s/ Dyane Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                            **F 9013-3.1.PROOF.SERVICE**