IDEA Law Group, PC
Caren J. Castle, SBN 93888
4530 S. Eastern Avenue – Suite 10
Las Vegas, NV 89119
Phone: 877-353-2146
Email: ccastle@idealawgroupllc.com
Attorney for Claimant, Alliant Capital Management HDH

**FILED & ENTERED**

**SEP 14 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY johnson   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

In re:

Jeffrey Marc Siskind,

Debtor(s).

Case No.: 2:23-bk-11720-VZ

Chapter: 13

**ORDER DENYING STIPULATION FOR CONTINUANCE OF HEARING ON MOTION RE: OBJECTION TO CLAIM NUMBER 7**

Date: 9/18/2023
Time: 11:30 AM
Courtroom: 1368, Roybal Federal Building
255 E Temple St., Los Angeles, CA 90012

    Claimant, Alliant Capital Management HDH ("Claimant") and Jeffrey Marc Siskind (the "Debtor") filed a Stipulation for continuance of the hearing on Motion Re: Objection to Claim Number 7 (docket# 70). The Court having considered the Stipulation.  Inadequte cause for a continuance was shown.  Therefore, IT IS ORDERED that the Stipulation is NOT APPROVED.

##

Date: September 14, 2023

*Vincent P. Zurzolo*
Vincent P. Zurzolo
United States Bankruptcy Judge