United States Bankruptcy Court

Central District of California

In re:  Case No. 23-11720-VZ
Jeffrey Marc Siskind  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2  User: admin  Page 1 of 2
Date Rcvd: Sep 14, 2023  Form ID: pdf042  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2023:**

**Recip ID          Recipient Name and Address**
db             + Jeffrey Marc Siskind, 3465 Santa Barbara Dr, Wellington, FL 33414-7269

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2023            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2023 at the address(es) listed below:**

**Name          Email Address**

Arvind Nath Rawal
    on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC arawal@aisinfo.com

Caren J Castle
    on behalf of Creditor Alliant Capital Management - HDH ccastle@idealawgroupllc.com
    ccastle@idealawgroupllc.com;DMartinez@OakHarborManagement.com;TPerry@oakharbormanagement.com

Cheryl A Skigin
    on behalf of Creditor Ally Bank caskigin@earthlink.net caskigin@earthlink.net

JaVonne M Phillips
    on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA5, bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com

JaVonne M Phillips
    on behalf of Creditor Select Portfolio Servicing Inc. bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 14, 2023 | Form ID: pdf042 | Total Noticed: 1

JaVonne M Phillips
    on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jphillips@ecf.courtdrive.com

Nancy K Curry (TR)
    TrusteeECFMail@gmail.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 8

IDEA Law Group, PC
Caren J. Castle, SBN 93888
4530 S. Eastern Avenue – Suite 10
Las Vegas, NV 89119
Phone: 877-353-2146
Email: ccastle@idealawgroupllc.com
Attorney for Claimant, Alliant Capital Management HDH

**FILED & ENTERED**

**SEP 14 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY johnson DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Jeffrey Marc Siskind,<br><br><br>Debtor(s). | Case No.: 2:23-bk-11720-VZ<br>Chapter: 13<br><br>**ORDER DENYING STIPULATION FOR CONTINUANCE OF HEARING ON MOTION RE: OBJECTION TO CLAIM NUMBER 7**<br><br>Date: 9/18/2023<br>Time: 11:30 AM<br>Courtroom: 1368, Roybal Federal Building<br>255 E Temple St., Los Angeles, CA 90012 |

Claimant, Alliant Capital Management HDH ("Claimant") and Jeffrey Marc Siskind (the "Debtor") filed a Stipulation for continuance of the hearing on Motion Re: Objection to Claim Number 7 (docket# 70). The Court having considered the Stipulation. Inadequte cause for a continuance was shown. Therefore, IT IS ORDERED that the Stipulation is NOT APPROVED.

##

Date: September 14, 2023

Vincent P. Zurzolo
United States Bankruptcy Judge