| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CHERYL A. SKIGIN, #73472<br>LAW OFFICE OF CHERYL A. SKIGIN<br>8502 E CHAPMAN AVE #616<br>ORANGE, CA 92869<br>TELEPHONE: (714) 273-0210<br>FAX: (714) 242-2077<br>CASKIGIN@EARTHLINK.NET<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Ally Bank | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Jeffrey Marc Siskind<br><br><br><br>Debtor(s) | CASE NO.: 2:23-bk-11720-VZ<br>CHAPTER: 13<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Objection to Proof of Claim Number 5 |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER DENYING OBJECTION TO CLAIM NO. 5

was lodged on (*date*) 09/26/2023 and is attached.  This order relates to the motion which is docket number 48 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                      Page 1                                 **F 9021-1.2.BK.NOTICE.LODGMENT**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __09/26/2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __09/26/2023__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/26/2023 | Cathy Bush | /s/ Cathy Bush |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

# ATTACHMENT "SERVICE LIST"

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Nancy K Curry (TR)    TrusteeECFMail@gmail.com
JaVonne M Phillips    bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com
Arvind Nath Rawal    arawal@aisinfo.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL:**

**DEBTOR**
Jeffrey Marc Siskind
3465 Santa Barbara Dr
Wellington, FL 33414

**PRESIDING JUDGE'S COPY:**
Judge Vincent P. Zurzolo
255 E. Temple Street,
Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

**REQUEST FOR NOTICE:**

JaVonne Phillips
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108