Nancy Curry, Chapter 13 Trustee
1000 Wilshire Boulevard, Suite 870
Los Angeles, California 90017
Tel: (213) 689-3014
Email: inquiries@trusteecurry.com

**FILED & ENTERED**

**SEP 27 2023**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Chapter 13 <br> ) <br> ) Case No. 2:23-bk-11720-VZ <br> ) <br> JEFFREY MARC SISKIND, ) **ORDER DENYING OBJECTION TO CLAIM** <br> ) **NO. 10 BY ROBERT GIBSON** <br> ) <br> ) Date: September 18, 2023 <br> ) Time: 11:30 A.M. <br> ) Place: 255 E. Temple Street <br> ) Courtroom 1368 <br> ) Los Angeles, CA 90012 <br> Debtor. ) <br> ) <br> ) <br> ) |

On September 18, 2023 at 11:30 a.m. in Courtroom 1368, 255 East Temple Street, Los Angeles, CA 90012, the Honorable Vincent Zurzolo held a hearing regarding the Objection to Claim No. 10 by Robert Gibson ("Objection") filed by the Debtor. Appearances were as noted in the record. The Court having considered the pleadings filed and statements made in open Court, and good cause appearing therefor, it is hereby:

ORDERED, that the Objection is DENIED without prejudice.

###

Date: September 27, 2023

Vincent P. Zurzolo
United States Bankruptcy Judge