| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>CHERYL A. SKIGIN, #73472<br>LAW OFFICE OF CHERYL A. SKIGIN<br>8502 E CHAPMAN AVE #616<br>ORANGE, CA 92869<br>TELEPHONE: (714) 273-0210<br>FACSIMILE: (714) 242-2077<br>CASKIGIN@EARTHLINK.NET<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Ally Bank | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 29 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY mohammad DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Jeffrey Marc Siskind<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-11720-VZ<br>CHAPTER: 13 |
|---|---|
| | **ORDER DENYING**<br>**OBJECTION TO CLAIM NO. 5** |
| | DATE: 09/18/2023<br>TIME: 11:30<br>COURTROOM: 1368<br>PLACE: 255 E Temple St., Los Angeles, CA 90012 |

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

**(NOTES FOR USE OF THIS FORM**: *List claims in ascending numerical order based upon the clerk's claim number. Use a separate box below for each claim. Attach as many continuation pages as are necessary.)*

| Calendar Number: 30 | Claim Number: 5-1,5-2 | Claim Amount: $5,480.71 |
|---|---|---|
| Claimant Name: Ally Bank | | |
| ☐ Disallowed   ☒ Allowed | ☒ Unsecured: $5480.71 | ☐ Priority: $ |
| Comments: | | |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    F 3007-1.1.ORDER.OBJ.CLAIM

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed  ☐ Allowed | ☐ Unsecured: $ | ☐ Priority: $ |
| Comments: | | |

###

Date: September 29, 2023

/s/ Vincent P. Zurzolo
Vincent P. Zurzolo
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 3007-1.1.ORDER.OBJ.CLAIM**