United States Bankruptcy Court

Central District of California

In re: Case No. 23-11720-VZ
Jeffrey Marc Siskind  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 29, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey Marc Siskind, 3465 Santa Barbara Dr, Wellington, FL 33414-7269 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arvind Nath Rawal | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC arawal@aisinfo.com |
| Caren J Castle | on behalf of Creditor Alliant Capital Management - HDH ccastle@idealawgroupllc.com ccastle@idealawgroupllc.com;DMartinez@OakHarborManagement.com;TPerry@oakharbormanagement.com |
| Cheryl A Skigin | on behalf of Creditor Ally Bank caskigin@earthlink.net caskigin@earthlink.net |
| JaVonne M Phillips | on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA5, bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com |
| JaVonne M Phillips | on behalf of Creditor Select Portfolio Servicing Inc. bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com |

District/off: 0973-2 | User: admin | Page 2 of 2

Date Rcvd: Sep 29, 2023 | Form ID: pdf042 | Total Noticed: 1

JaVonne M Phillips
    on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jphillips@ecf.courtdrive.com

Nancy K Curry (TR)
    TrusteeECFMail@gmail.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 8

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CHERYL A. SKIGIN, #73472<br>LAW OFFICE OF CHERYL A. SKIGIN<br>8502 E CHAPMAN AVE #616<br>ORANGE, CA 92869<br>TELEPHONE: (714) 273-0210<br>FACSIMILE: (714) 242-2077<br>CASKIGIN@EARTHLINK.NET | **FILED & ENTERED**<br><br>**SEP 29 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY mohammad DEPUTY CLERK** |
| ☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Ally Bank | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Jeffrey Marc Siskind<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-11720-VZ<br>CHAPTER: 13 |
|---|---|
| | **ORDER DENYING**<br>**OBJECTION TO CLAIM NO. 5** |
| | DATE: 09/18/2023<br>TIME: 11:30<br>COURTROOM: 1368<br>PLACE: 255 E Temple St., Los Angeles, CA 90012 |

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

**(NOTES FOR USE OF THIS FORM**: *List claims in ascending numerical order based upon the clerk's claim number. Use a separate box below for each claim. Attach as many continuation pages as are necessary.)*

---

Calendar Number: 30           Claim Number: 5-1,5-2           Claim Amount: $5,480.71

Claimant Name: Ally Bank

☐ Disallowed   ☒ Allowed   ☒ Unsecured: $5480.71   ☐ Priority: $
Comments:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                         **F 3007-1.1.ORDER.OBJ.CLAIM**

| | | |
|---|---|---|
| Calendar Number: | Claim Number: | Claim Amount: $ |
| Claimant Name: | | |
| ☐ Disallowed  ☐ Allowed | ☐ Unsecured: $ | ☐ Priority: $ |
| Comments: | | |

###

Date: September 29, 2023

_____
Vincent P. Zurzolo
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.