| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Jeffrey Marc Siskind<br>3465 Santa Barbara Drive<br>Wellington, FL  33414<br><br>☒ Individual *appearing without an attorney*<br>☐ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Jeffrey Marc Siskind<br><br><br><br>Debtor(s) | CASE NO.: 23-bk-11720-VZ<br>CHAPTER: 13<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Objection to Claim Number 9 by Claimant Robert Gibson |
|---|---|

PLEASE TAKE NOTE that the order titled Order Granting Objection to Proof of Claim No. 9

was lodged on (*date*) __09/29/2023__ and is attached. This order relates to the motion which is docket number _52_.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 1                             F 9021-1.2.BK.NOTICE.LODGMENT

Jeffrey Marc Siskind
3465 Santa Barbara Drive
Wellington, FL  33414
Phone: 561-791-9565
Email: jeffsiskind@msn.com
Pro Se Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 2:23-bk-11720-VZ |
| Jeffrey Marc Siskind, | ) | Chapter 13 |
| Debtor. | ) | **ORDER GRANTING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 9 (ECF 52)** |
| | ) | |
| | ) | Date: 9/18/2023<br>Time: 11:30 AM |
| | ) | Courtroom:1368, Roybal Federal Building<br>155 E Temple St., Los Angeles, CA 90012 |
| | ) | |

THIS MATTER came before the Court on Debtor's Objection to Proof of Claim No. 9 filed at ECF 52 (hereinafter "Objection").  The Court, having reviewed the Objection, upon hearing argument of the Debtor who appeared Pro Se and being otherwise fully informed in the premises, does hereby

ORDER AND ADJUDGE that for the reasons stated in the Objection and on the record, Debtor's Objection to Claim No. 9 is GRANTED.

##

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
17927 77th Lane North, Loxahatchee, FL 33470

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __09/29/2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov
Nancy K Curry (TR)
trustee13la@aol.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __09/29/2023__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
255 East Temple Street, Suite 1360
Loa Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/29/2023 | Josef Schneider | *signature* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012          Page 2          F 9021-1.2.BK.NOTICE.LODGMENT

**PROOF OF SERVICE OF DOCUMENTS**

ATTACHMENT TO ITEM #1

    JaVonne M Phillips
    McCarthy & Holthus, LLP
    bknotice@mccarthyholthus.com

    Arvind Nath Rawal
    arawal@aisinfo.com

    Caren J. Castle
    ccastle@idealawgroupllc.com

ATTACHMENT TO ITEM #2

    Robert Gibson
    2385 NW Executive Center Drive Ste 100
    Boca Raton, FL 33431-8510