| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nancy Curry, Chapter 13 Trustee<br>Masako Okuda (SBN 247925)<br>1000 Wilshire Boulevard, Suite 870<br>Los Angeles, California 90017<br>Tel: (213) 689-3014<br>Email: inquiries@trusteecurry.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Nancy Curry, Chapter 13 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re: | CASE NO.: **2:23-bk-11720-VZ** |
|---|---|
| | CHAPTER: **13** |
| JEFFREY MARC SISKIND, | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>**<u>OBJECTION TO PROOF OF CLAIM NO. 1 BY U.S. BANK N.A.</u>** |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled <u>Order Dismissing Debtor's Objection to Proof of Claim No. 1 by U.S. Bank U.A.</u> was lodged on <u>10/5/2023</u> and is attached.  This order relates to the motion which is docket number <u>47</u>.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# ATTACHMENT

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

Nancy Curry, Chapter 13 Trustee
Masako Okuda (SBN 247925)
1000 Wilshire Boulevard, Suite 870
Los Angeles, CA 90017
Tel: (213) 689-3014
Email: inquiries@trusteecurry.com

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JEFFREY MARC SISKIND,<br><br><br><br><br><br>Debtor | Case No. **2:23-bk-11720-VZ**<br><br>Chapter 13<br><br>**ORDER DISMISSING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 1 BY U.S. BANK N.A.**<br><br>Date:    September 18, 2023<br>Time:   11:30 A.M.<br>Place:   255 E. Temple Street<br>            Courtroom 1368<br>            Los Angeles, CA 90012 |

The Debtor's Objection to Proof of Claim No. 1 by U.S. Bank N.A. is moot because the Debtor requested to dismiss the Objection at the hearing. Therefore, **IT IS ORDERED** that the Objection is **DISMISSED** under FRCP 41(a)(2).

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1000 WILSHIRE BLVD, SUITE 870, LOS ANGELES, CA 90017

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: OBJECTION TO CLAIM NO. 1 BY U.S. BANK N.A.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/5/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Caren J Castle    ccastle@idealawgroupllc.com, ccastle@idealawgroupllc.com;DMartinez@OakHarborManagement.com;TPerry@oakharbormanagement.com
- JaVonne M Phillips    bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com
- Arvind Nath Rawal    arawal@aisinfo.com
- Cheryl A Skigin    caskigin@earthlink.net, caskigin@earthlink.net
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2**. **SERVED BY UNITED STATES MAIL**:  On 10/5/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Jeffrey Marc Siskind
3465 Santa Barbara Dr
Wellington, FL 33414

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/5/2023 | Carlos Robles | /s/ Carlos Robles |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*         Page 3         **F 9021-1.2.BK.NOTICE.LODGMENT**