Nancy Curry, Chapter 13 Trustee
Masako Okuda (SBN 247925)
1000 Wilshire Boulevard, Suite 870
Los Angeles, CA 90017
Tel: (213) 689-3014
Email: inquiries@trusteecurry.com

**FILED & ENTERED**

**OCT 10 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JEFFREY MARC SISKIND,<br><br><br><br><br>Debtor | Case No. **2:23-bk-11720-VZ**<br><br>Chapter 13<br><br>**ORDER DISMISSING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 1 BY U.S. BANK N.A.**<br><br>Date:   September 18, 2023<br>Time:   11:30 A.M.<br>Place:   255 E. Temple Street<br>            Courtroom 1368<br>            Los Angeles, CA 90012 |

The Debtor's Objection to Proof of Claim No. 1 by U.S. Bank N.A. is moot because the Debtor requested to dismiss the Objection at the hearing. Therefore,

**IT IS ORDERED** that the Objection is **DISMISSED** under FRCP 41(a)(2).

###

Date: October 10, 2023

Vincent P. Zurzolo
United States Bankruptcy Judge