| |  |
|---|---|
| Robert Gibson<br>2385 NW Executive Center Dr.<br>Ste 100<br>Boca Raton, FL 33431-8510<br>Tel: (561) 459-6811<br>intelexigent@gmail.com<br><br>Filing *pro se* | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re:

JEFFREY MARC SISKIND,

    Debtor.

_____/

Case No.: 2:23-bk-11720-VZ

Chapter 13

**SUGGESTION
OF BANKRUPTCY
(From Florida Southern District)**

COMES NOW Creditor, Robert Gibson, and would show this Court:

1. He has filed, through counsel, a petition for relief under Title 11, United States Code, in the **United States Bankruptcy Court for the Southern District of Florida**, which bears the case number **23-16430**.

2. Relief in that action was ordered on August 15, 2023.

3. Accordingly, debts of Debtor in this action, representing assets of Creditor (debtor in the Florida action) are presumed to be within the shared jurisdiction of both courts.

4. Any discharge or action on behalf of Debtor, to the detriment of Creditor, may be stayed by virtue of 11 U.S.C § 362 as to Creditor's bankruptcy estate.

5. As Debtor in this action resides, practices law, and holds any and all significant assets within the State of Florida, Creditor is unsure of his rights.

6. Creditor filed claims #8, #9 and #10 in this Action and has never been served with notice of any objections to such claims.

7. This is for information purposes only and does not constitute a notice of appearance by Defendant's bankruptcy counsel.

WHEREFORE, Creditor suggests that certain aspects of this action may be stayed by the operation of 11 U.S.C § 362.

                                                          */s/ Robert Gibson*
                                                        Robert Gibson

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing is being furnished this 10th day of October 2023 to the following by email or by USPS at the street addresses provided:

Nancy K Curry (TR) TrusteeECFMail@gmail.com

JaVonneM Phillips bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com

Arvind Nath Rawal arawal@aisinfo.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

### **DEBTOR**

Jeffrey Marc Siskind
3465 Santa Barbara Dr.
Wellington, FL  33414

### **PRESIDING JUDGE**

Judge Vincent P. Zurzolo
255 E. Temple Street,
Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

                                                          */s/ Robert Gibson*
                                                        Robert Gibson