United States Bankruptcy Court

Central District of California

In re:  Case No. 23-11720-VZ
Jeffrey Marc Siskind  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2   User: admin   Page 1 of 2
Date Rcvd: Oct 10, 2023   Form ID: pdf042   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**

**Recip ID**    **Recipient Name and Address**
db    + Jeffrey Marc Siskind, 3465 Santa Barbara Dr, Wellington, FL 33414-7269

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2023 at the address(es) listed below:

**Name**    **Email Address**

Arvind Nath Rawal
    on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC arawal@aisinfo.com

Caren J Castle
    on behalf of Creditor Alliant Capital Management - HDH ccastle@idealawgroupllc.com
    ccastle@idealawgroupllc.com;DMartinez@OakHarborManagement.com;TPerry@oakharbormanagement.com

Cheryl A Skigin
    on behalf of Creditor Ally Bank caskigin@earthlink.net caskigin@earthlink.net

JaVonne M Phillips
    on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA5,
    bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com

JaVonne M Phillips
    on behalf of Creditor Select Portfolio Servicing Inc. bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 10, 2023 | Form ID: pdf042 | Total Noticed: 1

| | |
|---|---|
| JaVonne M Phillips | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jphillips@ecf.courtdrive.com |
| Nancy K Curry (TR) | TrusteeECFMail@gmail.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 8

Nancy Curry, Chapter 13 Trustee
Masako Okuda (SBN 247925)
1000 Wilshire Boulevard, Suite 870
Los Angeles, CA 90017
Tel: (213) 689-3014
Email: inquiries@trusteecurry.com

**FILED & ENTERED**

OCT 10 2023

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY carranza DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. **2:23-bk-11720-VZ** |
| | Chapter 13 |
| JEFFREY MARC SISKIND, | **ORDER DISMISSING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 1 BY U.S. BANK N.A.** |
| | Date: September 18, 2023<br>Time: 11:30 A.M.<br>Place: 255 E. Temple Street<br>Courtroom 1368<br>Los Angeles, CA 90012 |
| Debtor | |

The Debtor's Objection to Proof of Claim No. 1 by U.S. Bank N.A. is moot because the Debtor requested to dismiss the Objection at the hearing. Therefore,

**IT IS ORDERED** that the Objection is **DISMISSED** under FRCP 41(a)(2).

###

Date: October 10, 2023

Vincent P. Zurzolo
United States Bankruptcy Judge