IDEA Law Group, PC
Caren J. Castle, SBN 93888
4530 S. Eastern Avenue – Suite 10
Las Vegas, NV 89119
Phone: 877-353-2146
Email: ccastle@idealawgroupllc.com
Attorney for Claimant, Alliant Capital Management HDH

**FILED & ENTERED**

**OCT 13 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:23-bk-11720-VZ |
| Jeffrey Marc Siskind, | Chapter: 13 |
| Debtor(s). | **ORDER DENYING DEBTOR'S OBJECTION TO CLAIM NUMBER 7 (DOCKET NO.: 50)** |
| | Date: 9/18/2023<br>Time: 11:30 AM<br>Courtroom: 1368 |
| | Location: U.S. Bankruptcy Court<br>255 E Temple St., Los Angeles, CA 90012 |

   THIS MATTER came before the Court for a hearing on September 18, 2023 at 11:30 AM on the Debtor's Objection to Claim Number 7 by Claimant Alliant Capital Management at ECF 50 ("Objection"). The Court, having reviewed the Objection, the Amended Claim #7-2 filed on September 1, 2023 and upon hearing argument of the Pro Se Debtor and Caren J. Castle who appeared for Claimant, Alliant Capital Management. It is good cause appearing; therefore

1

IT IS HEREBY ORDERED that the Debtor's Objection to Claim No. 7 (docket no.: 50) is DENIED without prejudice.

###

Date: October 13, 2023

_____
Vincent P. Zurzolo
United States Bankruptcy Judge