United States Bankruptcy Court

Central District of California

In re:  Case No. 23-11720-VZ
Jeffrey Marc Siskind  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2
Date Rcvd: Oct 13, 2023     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey Marc Siskind, 3465 Santa Barbara Dr, Wellington, FL 33414-7269 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arvind Nath Rawal | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC arawal@aisinfo.com |
| Caren J Castle | on behalf of Creditor Alliant Capital Management - HDH ccastle@idealawgroupllc.com ccastle@idealawgroupllc.com;DMartinez@OakHarborManagement.com;TPerry@oakharbormanagement.com |
| Cheryl A Skigin | on behalf of Creditor Ally Bank caskigin@earthlink.net caskigin@earthlink.net |
| JaVonne M Phillips | on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA5, bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com |
| JaVonne M Phillips | on behalf of Creditor Select Portfolio Servicing Inc. bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com |

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 13, 2023 | Form ID: pdf042 | Total Noticed: 1

| | |
|---|---|
| JaVonne M Phillips | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jphillips@ecf.courtdrive.com |
| Nancy K Curry (TR) | TrusteeECFMail@gmail.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 8

IDEA Law Group, PC
Caren J. Castle, SBN 93888
4530 S. Eastern Avenue – Suite 10
Las Vegas, NV 89119
Phone: 877-353-2146
Email: ccastle@idealawgroupllc.com
Attorney for Claimant, Alliant Capital Management HDH

**FILED & ENTERED**

OCT 13 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:23-bk-11720-VZ |
| Jeffrey Marc Siskind, | Chapter: 13 |
| Debtor(s). | **ORDER DENYING DEBTOR'S OBJECTION TO CLAIM NUMBER 7 (DOCKET NO.: 50)** |
| | Date: 9/18/2023<br>Time: 11:30 AM<br>Courtroom: 1368 |
| | Location: U.S. Bankruptcy Court<br>255 E Temple St., Los Angeles, CA 90012 |

    THIS MATTER came before the Court for a hearing on September 18, 2023 at 11:30 AM on the Debtor's Objection to Claim Number 7 by Claimant Alliant Capital Management at ECF 50 ("Objection"). The Court, having reviewed the Objection, the Amended Claim #7-2 filed on September 1, 2023 and upon hearing argument of the Pro Se Debtor and Caren J. Castle who appeared for Claimant, Alliant Capital Management. It is good cause appearing; therefore

1

IT IS HEREBY ORDERED that the Debtor's Objection to Claim No. 7 (docket no.: 50) is DENIED without prejudice.

###

Date: October 13, 2023

Vincent P. Zurzolo
United States Bankruptcy Judge

2