UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:                                                CASE NO. 2:23-BK-11720-VZ

JEFFREY MARC SISKIND,             CHAPTER 13

        Debtor.

_____/

## EX PARTE MOTION TO SCHEDULE NOTICE OF HEARING ON VERIFIED RENEWED OBJECTION TO PROOF OF CLAIM NO. 6 FOR MARCH 18, 2024

COMES NOW the Debtor, Jeffrey Marc Siskind, Pro Se, and files this Ex Parte Motion to Schedule Verified Renewed Objection to Proof of Claim No. 6 [ECF 90] for March 18, 2024, and states:

1. Debtor's Verified Renewed Objection to Proof of Claim No. 6 was filed at ECF 90.

2. Debtor's Verified Renewed Objection to Proof of Claim No. 10 was filed at ECF 91.

3. Debtor scheduled both of these objections for a hearing at 11:30 a.m. on November 13, 2023 and expected to attend the hearing in person.

4. Debtor was unable to attend the scheduled November 13, 2024 hearing.

5. The Court continued the hearing on ECF 91 to March 18, 2024 but took no action that pertained to ECF 90.

6. Debtor suggests that this was overlooked and requests that ECF 90 be continued to March 13, 2024 also.

WHEREFORE, Debtor submits this ex parte request to continue the hearing on ECF 90 to March 18, 2024, and for such other and further relief as appropriate.

_[signature]_
Jeffrey M. Siskind, Pro Se
3465 Santa Barbara Drive
Wellington, FL 33414

TELEPHONE (561) 791-9565  FACSIMILE  (561) 791-9581
Emails:  jeffsiskind@msn.com & jeffsiskind@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above notice was served upon Claimants and all appropriate creditors as shown on the attached Proof of Service of Document.

_[signature]_
Jeffrey M. Siskind, Pro Se

# **PROOF OF SERVICE OF DOCUMENTS**

ATTACHMENT TO ITEM #1

    United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

    JaVonne M Phillips
    McCarthy & Holthus, LLP
    bknotice@mccarthyholthus.com

    Arvind Nath Rawal
    arawal@aisinfo.com

    Nancy K Curry (TR)
    trustee13la@aol.com

    Caren J. Castle
    ccastle@idealawgroupllc.com


ATTACHMENT TO ITEM #2

    Honorable Vincent P. Zurzolo
    United States Bankruptcy Court
    Central District of California
    255 East Temple Street, Suite 1360
    Loa Angeles, CA  90012

    Christopher George
    1831 Primrose Lane
    Wellington, FL  33414

    USIRS
    PO Box 7346
    Philadelphia, PA 19101-7346