**FILED & ENTERED**

FEB 09 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mohammad DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Jeffrey Marc Siskind<br><br><br><br><br>Debtor(s). | Case No.: 2:23-bk-11720-VZ<br><br>CHAPTER 13<br><br>**ORDER DENYING "EX PARTE APPLICATION/MOTION TO SCHEDULE NOTICE OF HEARING ON VERIFIED RENEWED OBJECTION TO PROOF OF CLAIM NO. 6"**<br><br>[No Hearing Required] |

On January 24, 2024, Debtor Jeffrey Marc Siskind filed a document entitled, "Ex parte application/motion to schedule notice of hearing on verified renewed objection to Proof of Claim No. 6," (Docket # 97, the Application).

Having considered the Application, IT IS ORDERED that the Application is DENIED as moot.

Date: February 9, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge

-1-