**FILED & ENTERED**

**FEB 09 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** vandenst **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Jeffrey Marc Siskind<br><br><br><br>Debtor(s). | Case No.: 2:23-bk-11720-VZ<br><br>CHAPTER 13<br><br>**ORDER ON OBJECTION TO CLAIM #6**<br><br>Date:        November 13, 2023<br>Time:       11:30 AM<br>Courtroom: 1368<br>                  255 E. Temple St.<br>                  Los Angeles, CA 90012 |

On October 10, 2023, Debtor Jeffrey Marc Siskind filed an Objection to Claim #6 (Docket # 90, the "Objection"). No opposition to the Objection was filed.

Having considered the Objection, IT IS ORDERED that:

1. Claim #6 is disallowed; and,

2. Debtor's request for damages is DENIED.

Date: February 9, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge

-1-