United States Bankruptcy Court

Central District of California

In re:                                                                                                                                Case No. 23-11720-VZ
Jeffrey Marc Siskind                                                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                                          User: admin                                                                  Page 1 of 2
Date Rcvd: Feb 09, 2024                              Form ID: pdf042                                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2024:**

**Recip ID              Recipient Name and Address**
db                 +   Jeffrey Marc Siskind, 3465 Santa Barbara Dr, Wellington, FL 33414-7269

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2024                                           Signature:              /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2024 at the address(es) listed below:**

**Name**                                **Email Address**

Arvind Nath Rawal
    on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC arawal@aisinfo.com

Caren J Castle
    on behalf of Creditor Alliant Capital Management - HDH ccastle@idealawgroupllc.com
    ccastle@idealawgroupllc.com;DMartinez@OakHarborManagement.com;TPerry@oakharbormanagement.com

Cheryl A Skigin
    on behalf of Creditor Ally Bank caskigin@earthlink.net caskigin@earthlink.net

JaVonne M Phillips
    on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA5, bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com

JaVonne M Phillips
    on behalf of Creditor Select Portfolio Servicing Inc. bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 09, 2024 | Form ID: pdf042 | Total Noticed: 1 |

JaVonne M Phillips
    on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jphillips@ecf.courtdrive.com

Nancy K Curry (TR)
    TrusteeECFMail@gmail.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 8

**FILED & ENTERED**

**FEB 09 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY vandenst DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

Jeffrey Marc Siskind

Debtor(s).

Case No.: 2:23-bk-11720-VZ

CHAPTER 13

**ORDER ON OBJECTION TO CLAIM #6**

Date:        November 13, 2023
Time:        11:30 AM
Courtroom:   1368
             255 E. Temple St.
             Los Angeles, CA 90012

On October 10, 2023, Debtor Jeffrey Marc Siskind filed an Objection to Claim #6 (Docket # 90, the "Objection"). No opposition to the Objection was filed.

Having considered the Objection, IT IS ORDERED that:

1. Claim #6 is disallowed; and,

2. Debtor's request for damages is DENIED.

Date: February 9, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge

-1-