Jeffrey Marc Siskind
3465 Santa Barbara Drive
Wellington, Florida 33414
OFC TEL  (561) 791-9565
DIRECT   (561) 352-0166
OFC FAX (561) 791-9581
jeffsiskind@msn.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:                                                                               CASE NO. 2:23-BK-11720-VZ

JEFFREY MARC SISKIND,                                            CHAPTER 13

    Debtor.

_____/

### NOTICE OF FILING DECLARATION ABOUT AN INDIVIDUAL'S SCHEDULES AND AMENDED SCHEDULE C

    Debtor, Jeffrey Marc Siskind, pro se, files this Notice of Filing Declaration about an Individual's Schedules and Amended Schedule C.

        _/s/ Jeffrey M. Siskind_
        Jeffrey M. Siskind, Pro Se
    3465 Santa Barbara Drive  Wellington, Florida  33414
    TELEPHONE (561) 791-9565  FACSIMILE  (561) 791-9581
    Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing Notice of Filing First Amended Chapter 13 Plan was served to all parties registered on CM/ECF and electronically or via first class U.S. Mail to all parties listed on the attachment to the Proof of Service attached hereto.

        _/s/ Jeffrey M. Siskind_
        Jeffrey M. Siskind, Pro Se

**Fill in this information to identify your case:**

Debtor 1  Jeffrey Marc Siskind
         First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Central District of California

Case number  2:23-bk-11720-VZ
(If known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ signature_                                  X _____
Signature of Debtor 1                              Signature of Debtor 2

Date 05/03/2024                                    Date _____
    MM / DD / YYYY                                      MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1: Jeffrey Marc Siskind

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Central District of California

Case number (If known): 2:23-bk-11720-VZ

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2013 BMW 320i<br>Line from *Schedule A/B*: 3.1 | $1,850.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Florida Statutes, Sections 222.25(1) and (4) |
| Brief description: Trailers Unknown<br>Line from *Schedule A/B*: 4.2 | $400.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Florida Statutes, Section 222.25(4) |
| Brief description: 2000 Kawasaki STX<br>Line from *Schedule A/B*: 4.1 | $1,600.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | FLorida Statutes, Section 222.25(4), Fla. Constitution Article X(4)(a)(2) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No
   - ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      - ☐ No
      - ☐ Yes

Official Form 106C                Schedule C: The Property You Claim as Exempt                page 1 of 2

Debtor 1 Jeffrey Marc Siskind  Case number (if known) 2:23-bk-11720-VZ
_First Name_  _Middle Name_  _Last Name_

### Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Misc. Clothing<br>Line from Schedule A/B: 11 | $300.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Florida Statutes, Section 222.25(4) |
| Brief description: Ipad Tablet<br>Line from Schedule A/B: 7 | $200.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Florida Statutes, Section 222.25(4) |
| Brief description: Watch<br>Line from Schedule A/B: 12 | $250.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Florida Statutes, Section 222.25(4) |
| Brief description: 1981 Cadillac<br>Line from Schedule A/B: 3.2 | $1,100.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Florida Statutes, Section 222.25(4) |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 2 of 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

17927 77th Lane North, Loxahatchee, Florida 33470

A true and correct copy of the foregoing document entitled (*specify*):

NOTICE OF FILNG, DECLARATION AND AMENDED SCHEDULE C

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 3, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 3, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 3, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5-3-2024 | Josef Schneider | /s/ Josef Schneider |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              F 9013-3.1.PROOF.SERVICE

**PROOF OF SERVICE OF DOCUMENTS**

ATTACHMENT TO ITEM #1

    United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

    JaVonne M Phillips
    McCarthy & Holthus, LLP
    bknotice@mccarthyholthus.com

    Arvind Nath Rawal
    arawal@aisinfo.com

    Nancy K Curry (TR)
    trustee13la@aol.com

    Caren J. Castle
    ccastle@idealawgroupllc.com

ATTACHMENT TO ITEM #2

    Honorable Vincent P. Zurzolo
    United States Bankruptcy Court
    Central District of California
    255 East Temple Street, Suite 1360
    Loa Angeles, CA  90012

    Florida Elections Commission
    Attn: Mattie Clay
    107 West Gaines Street Ste 224
    Tallahassee, FL 32399-1050

    Office of the U.S. Trustee
    51 SW First Avenue, Room 1204
    Miami, FL 33130-1614

    US Dept of Education
    PO Box 16448
    St Paul, MN 55116-0448

Civitek
PO Box 16428
Tallahassee, FL 32317-6428

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

LNVN Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

PayPal
2211 North First Street
San Jose, CA 95131-2021

Robert Gibson
2385 NW Executive Center Drive Ste 100
Boca Raton, FL 33431-8510

USIRS
PO Box 7346
Philadelphia, PA 19101-7346

Christopher George
1861 Primrose Lane
Wellington, FL 33414-8662

FVRMS, LLC
c/o Zaretsky Law Group
1615 Forum Place 3A
West Palm beach, FL  33401-2316

Mobiloans
PO Box 1409
Marksville, LA 71351-1409

Uetsa Tsakiits Inc. dba MaxLend
PO Box 760
Loa Angeles, CA 90017-2466