Form van152–od13c
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. § 349]

**DEBTOR INFORMATION:**
Jeffrey Marc Siskind

**BANKRUPTCY NO.** 2:23–bk–11720–VZ

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–3282
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 5/15/24

**Address:**
3465 Santa Barbara Dr
Wellington, FL 33414

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed;

(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law; and

(3)  pursuant to Bankruptcy Code Section 349, debtor is prohibited from filing any new bankruptcy petition unless:

   (a)  debtor files a motion to request permission to file a new bankruptcy case ("Motion"), and the Motion is supported by admissible evidence;

   (b)  the Motion is served upon all creditors;

   (c)  the Motion is set for hearing on regular notice; and

   (d)  the court grants the Motion.


Prohibition From Filing a Chapter 13 Case Without First
Obtaining Order of The Court Authorizing Him to do so


Dated: May 15, 2024

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court