Nancy Curry, Chapter 13 Trustee
1000 Wilshire Boulevard, Suite 870
Los Angeles, California 90017
Tel: (213) 689-3014
Email: inquiries@trusteecurry.com

**FILED & ENTERED**

MAY 16 2024

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY carranza  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| | Case No. 2:23-bk-11720-VZ |
| Jeffrey Marc Siskind, | **ORDER DENYING OBJECTION TO PROOF OF CLAIM NO. 10** |
| | Date: May 13, 2024 |
| | Time: 11:00 A.M. |
| | Place: 255 E. Temple Street |
| |       Courtroom 1368 |
| Debtor. |       Los Angeles, CA 90012 |

On May 13, 2024 at 11:00 a.m. in Courtroom 1368, 255 East Temple Street, Los Angeles, CA 90012, the Honorable Vincent Zurzolo held a hearing regarding the Objection to Proof of Claim No. 10 filed by the Debtor. Appearances were as noted in the record. The Court having considered the pleadings filed and statements made in open Court, and good cause appearing therefor, it is hereby:

ORDERED, that the Objection is DENIED as moot because the Bankruptcy Case has been dismissed.

###

Date: May 16, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge