United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-11720-VZ |
| Jeffrey Marc Siskind | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 15, 2024 | Form ID: van152 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey Marc Siskind, 3465 Santa Barbara Dr, Wellington, FL 33414-7269 |
| aty | + | JaVonne Phillips, 2763 Camino Del Rio South, Suite 100, San Diego, CA 92108-3708 |
| 41963348 | + | Belmar Winds Inc., c/o Sofiye Williams Esq., 500 E Broward Ste 1710, Fort Lauderdale, FL 33394-3005 |
| 41515950 | + | CIVITEK, PO Box 16428, Tallahassee, FL 32317-6428 |
| 41556530 | + | Christopher George, 1861 primrose lane, wellington, FL 33414-8662 |
| 41963361 | + | Clerk of Comptroller, Palm Beach County, PO Box 3406, West Palm Beach, Fl 33402-3406 |
| 41963350 | + | David Fiore, et al., c/o Sofiye Williams Esq., 500 E Broward Ste 1710, Fort Lauderdale, FL 33394-3005 |
| 41599028 | + | FVRMS, LLC, c/o Zaretsky Law Group, 1615 Forum Place 3a, West Palm Beach, FL 33401-2316 |
| 41963346 | + | FedEx, PO Box 660481, Dallas, TX 75266-0481 |
| 41515952 | | Florida Elections Commission, Attn: Mattie Clay, Esq., 107 West Gaines Street Ste 224, Tallahassee, Florida 32399-1050 |
| 41963355 | + | Michael Brown, 712 US Hwy 1 Ste 210-6, North Palm Beach, FL 33408-4525 |
| 41963344 | + | NES as Assignee of PNC Bank, N.A., 2479 Edison Boulevard Unit A, Twinsburg, OH 44087-2476 |
| 41556315 | | Robert Allen Gibson, 2385 NW Executive Center Drive, Ste. 100, Boca Raton, FL 33431-8510 |
| 41470151 | + | Robert Allen Gibson, 1709 22nd Avenue North, Lake Worth Beach, FL 33460-6000 |
| 41556862 | | Robert Gibson, 2385 NW Executive Center Dr. Ste 100, Boca Raton, FL 33431-8510 |
| 41963354 | + | Ryan M. Aboud Esq, 980 N Federal Hwy Ste 100, Boca Raton Fl 33432-2704 |
| 41963367 | + | Sara Dozier Rev. Trust, and Michael Brown Esq., c/o Brown & Associates PA, 712 US Highway 1 Ste 210-6, North Palm Beach, FL 33408-4525 |
| 41963351 | + | Talavera Association Inc., c/o Ryan M. Aboud Esq., 980 N Federal Hwy Ste 110, Boca Raton, FL 33432-2704 |
| 41963345 | + | Talavers Association, c/o Backer Poliakoff & Forelster, 400 S Dixie Highway Ste 420, Boca Raton FL 33432-6023 |
| 41470148 | | Uetsa Tsakiits Inc dba MaxLend, PO Box 760, Parshall, ND 58770-0703 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | May 16 2024 04:01:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | May 16 2024 04:01:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | May 16 2024 00:12:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| cr | + | Email/Text: bncmail@w-legal.com | May 16 2024 00:13:00 | Alliant Capital Management - HDH, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, SEATTLE, WA 98121-3132 |
| cr | + | Email/Text: bknotice@mccarthyholthus.com | May 16 2024 00:12:00 | Select Portfolio Servicing, Inc., c/o McCarthy Holthus, LLP, 2763 Camino Del Rio S, Suite 100, San Diego, CA 92108-3708 |
| cr | + | Email/Text: bknotice@mccarthyholthus.com | May 16 2024 00:12:00 | U.S. Bank NA, successor trustee to Bank of America, c/o McCarthy & Holthus, LLP, 2763 Camino Del Rio South, Suite 100, San Diego, CA 92108-3708 |

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 15, 2024 | Form ID: van152 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 41556707 | + | Email/Text: bncmail@w-legal.com | May 16 2024 00:13:00 | Alliant Capital Management HDH, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 41556521 | + | EDI: AISACG.COM | May 16 2024 04:01:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 41963348 | + | Email/Text: sofiye@comcast.net | May 16 2024 00:12:00 | Belmar Winds Inc., c/o Sofiye Williams Esq., 500 E Broward Ste 1710, Fort Lauderdale, FL 33394-3005 |
| 41470150 | | Email/PDF: creditonebknotifications@resurgent.com | May 16 2024 00:30:44 | CreditOne Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 41963350 | + | Email/Text: sofiye@comcast.net | May 16 2024 00:12:00 | David Fiore, et al., c/o Sofiye Williams Esq., 500 E Broward Ste 1710, Fort Lauderdale, FL 33394-3005 |
| 41603076 | | EDI: CALTAX.COM | May 16 2024 04:01:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41963346 | ^ | MEBN | May 16 2024 00:11:10 | FedEx, PO Box 660481, Dallas, TX 75266-0481 |
| 41963347 | + | EDI: FLDEPREV.COM | May 16 2024 04:01:00 | Florida Dept of Revenue, 2468 Metrocentre Blvd, West Palm Beach, FL 33407-3199 |
| 41548944 | | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2024 00:51:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41470149 | | Email/Text: bankruptcy@mobiloans.com | May 16 2024 00:12:00 | Mobiloans, PO Box 1409, Marksville, LA 71351 |
| 41515949 | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | May 16 2024 00:13:00 | Office of the United States Trustee, 51 SW First Avenue Room 1204, Miami, FL 33130-1614 |
| 41963353 | | Email/Text: Bankruptcy.Notices@pnc.com | May 16 2024 00:12:00 | PNC Bank NA, 300 Fifth Avenue, Pittsburgh, Pa 15222 |
| 41515948 | + | Email/Text: recovery@paypal.com | May 16 2024 00:12:00 | PayPal, 2211 North First Street, San Jose, CA 95131-2021 |
| 41497611 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 16 2024 00:13:00 | U.S. Bank NA, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 41963365 | | Email/Text: EDBKNotices@ecmc.org | May 16 2024 00:12:00 | U.S. Department of Education, PO Box 5609, Greenville, TX 75403-5609 |
| 41516745 | | Email/Text: EDBKNotices@ecmc.org | May 16 2024 00:12:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 41470147 | | EDI: IRS.COM | May 16 2024 04:01:00 | USIRS, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Bank |
| intp | | Courtesy NEF |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | Robert Gibson, 2385 NW Executive Center Dr., Ste 100, Boca Raton, FL 33431-8510 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 15, 2024 | Form ID: van152 | Total Noticed: 40 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arvind Nath Rawal | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC arawal@aisinfo.com |
| Caren J Castle | on behalf of Creditor Alliant Capital Management - HDH ccastle@idealawgroupllc.com ccastle@idealawgroupllc.com;DMartinez@OakHarborManagement.com;TPerry@oakharbormanagement.com |
| Cheryl A Skigin | on behalf of Creditor Ally Bank caskigin@earthlink.net caskigin@earthlink.net |
| JaVonne M Phillips | on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA5, bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com |
| JaVonne M Phillips | on behalf of Creditor Select Portfolio Servicing Inc. bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com |
| JaVonne M Phillips | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jphillips@ecf.courtdrive.com |
| Nancy K Curry (TR) | TrusteeECFMail@gmail.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 8

Form van152–od13c
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. § 349]

**DEBTOR INFORMATION:**
Jeffrey Marc Siskind

**BANKRUPTCY NO.**  2:23–bk–11720–VZ

**CHAPTER**  13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–3282
Employer Tax–Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 5/15/24

**Address:**
3465 Santa Barbara Dr
Wellington, FL 33414

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed;

(2) the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law; and

(3) pursuant to Bankruptcy Code Section 349, debtor is prohibited from filing any new bankruptcy petition unless:

    (a) debtor files a motion to request permission to file a new bankruptcy case ("Motion"), and the Motion is supported by admissible evidence;

    (b) the Motion is served upon all creditors;

    (c) the Motion is set for hearing on regular notice; and

    (d) the court grants the Motion.

Prohibition From Filing a Chapter 13 Case Without First
Obtaining Order of The Court Authorizing Him to do so

Dated: May 15, 2024

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van152–od13c Rev. 06/2017

114 – 2 / SC2