Jeffrey Marc Siskind
3465 Santa Barbara Drive
Wellington, Florida 33414
OFC TEL  (561) 791-9565
DIRECT   (561) 352-0166
OFC FAX (561) 791-9581
jeffsiskind@msn.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:                                                                 CASE NO. 2:23-BK-11720-VZ

JEFFREY MARC SISKIND,                                   CHAPTER 13

    Debtor.

_____/

**NOTICE OF FILING ORDER CLARIFYING AUTOMATIC STAY AND GRANTING LIMITED STAY RELIEF IN SO. DIST. OF FLORIDA BANKRUPTCY CASE NO. 23-16430, STYLED IN RE ROBERT GIBSON, AND MOTION**

Debtor, Jeffrey Marc Siskind, pro se, files this Notice of Filing Order Clarifying

Automatic Stay and Granting Limited Stay Relief in Southern District of Florida Bankruptcy

Case No. 23-16430, styled In Re Robert Gibson, and Motion, both of which are attached.

        _/s/ Jeffrey M. Siskind_____
        Jeffrey M. Siskind, Pro Se
        3465 Santa Barbara Drive  Wellington, Florida  33414
        TELEPHONE (561) 791-9565  FACSIMILE   (561) 791-9581
        Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing Notice of Filing First Amended Chapter 13 Plan was served to all parties registered on CM/ECF and electronically or via first class U.S. Mail to all parties listed on the attachment to the Proof of Service attached hereto.

        _/s/ Jeffrey M. Siskind_____
        Jeffrey M. Siskind, Pro Se



**ORDERED in the Southern District of Florida on May 9, 2024.**

Mindy A. Mora, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In Re:

ROBERT ALLEN GIBSON,　　　　　　　　　　Case No. 23-16430-MAM
a/k/a ROBERT A. GIBSON,　　　　　　　　　　Chapter 13

　　　　　　Debtor.
_____/

**ORDER CLARIFYING AUTOMATIC STAY AND GRANTING LIMITED STAY RELIEF**

THIS MATTER came before the Court on April 30, 2024 upon Jeffrey Siskind's Amended Verified Motion to Limit Debtor's Automatic Stay Protection [ECF 123]. At the hearing, the Court deemed the Amended Verified Motion to Limit Debtor's Automatic Stay Protection to be a motion seeking stay relief to proceed with the claim objection hearing in California. The Court having reviewed the Motion and a Response filed by Debtor's counsel at

ECF 125, hearing argument by Movant and Mr. Gibson's counsel and being otherwise fully informed in the premises,

IT IS ORDERED THAT:

1. Actions taken on Claim numbers 8 and 9 by the United States Bankruptcy Court for the Central Division of California in Case no. 2:23-bk-17720-VZ after Mr. Gibson filed his bankruptcy petition in the Southern District of Florida on August 15, 2023 are void ab initio because they occurred without stay relief from this Court.

2. To the extent necessary, objections to Mr. Gibson's claims may be refiled and must be appropriately noticed and served on interested parties as provided for by the Federal Rules of Bankruptcy Procedure.

3. Mr. Gibson should be provide with a means to attend any California hearings remotely, if applicable.

###

Prepared by:
Jeffrey M. Siskind, Esq.
SISKIND PLLC
3465 Santa Barbara Drive
Wellington, FL  33414
TEL   (561) 352-9166
jeffsiskind@msn.com


Attorney Siskind is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming Certificate of Service.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In Re:

ROBERT ALLEN GIBSON,   Case No. 23-16430-MAM
a/k/a ROBERT A. GIBSON,   Chapter 13

    Debtor.

_____/

# AMENDED VERIFIED MOTION TO LIMIT
# DEBTOR'S AUTOMATIC STAY PROTECTION

*Nature of Initial Emergency: Debtor's Unsubstantiated "Unpaid Wages, Withholding and FICA" Claim and other Assigned Claims in Movant's Bankruptcy Case will Impede Confirmation unless Finally Resolved Prior to Confirmation.*

<u>NOTE: All changes contained in this amended motion are underlined for convenience.</u>

    COMES NOW, Jeffrey M. Siskind ("Movant"), by and through undersigned counsel, and files this Amended Motion to Limit Debtor's Automatic Stay Protection, and states:

    1.    Movant filed a Petition for Relief pursuant to Chapter 13 in the Central District of California on March 18, 2024.

    2.    Debtor filed a voluntary petition on August 15, 2023, and subsequently filed a Suggestion of Bankruptcy in Movant's bankruptcy case on October 10, 2023.

    3.    Debtor filed three claims in Movant's Chapter 13 case; Claim no. 8 in the amount of $403,000 based upon an assignment, Claim No. 9 in the amount of $25,000 based upon an assignment, and Claim No. 10 in an unstated amount based upon "Unpaid wages, Withholding and FICA as Employee."

    4.    Debtor worked for Movant as an independent contractor until early 2017. His company, d/b/a Intelexigent, Unltd., was paid $1,250 per week for his part-time services and the part time services of his long-time associate, Patricia Barron.

    5.    Claim no. 10, attached hereto as "Exhibit A," is a barebones filing, bereft of any

support whatsoever.

6. Claims 8 and 9 were adjudicated in Movant's favor, but Debtor filed for bankruptcy protection in the Southern District of Florida before the California bankruptcy court rendered orders disposing of those two claims.

7. A hearing scheduled <u>on the date of the original filing of this motion</u> ~~today~~ on Movant's Verified Renewed Objection to Proof of Claim No. 10 was continued to permit Movant to obtain an Order from this Court determining that the Debtor's protection of the automatic stay does not protect Debtor's right to its pursue claims against Movant.

8. <u>The Court heard this Motion on April 15, 2024, at which time final consideration was continued to April 30, 2024 to permit Movant and Debtor's counsel to talk.</u>

9. <u>Debtor's counsel spoke briefly in the parking lot after the initial hearing and later in the day by telephone, and also exchanged emails.</u>

10. <u>Debtor's counsel indicated to Movant that he believed that the issue raised in its Motion had already been decided by this Court in its order at ECF 47.</u>

11. <u>However, Movant responded that the Order at ECF 47 dealt specifically with three motions (ECFs 11, 16 and 19) that arose in an entirely different context.</u>

12. <u>In ECF 11, Movant sought a prefiling order on the state court's finding that Debtor is a vexatious litigant .</u>

13. <u>In ECF 16, Movant sought relief for a client who performed work from Debtor but was not paid, and had already obtained a state court default.</u>

14. <u>In ECF 19, Movant sought relief for one of its clients who had, prior to Debtor's filing for relief, brought suit against the Debtor in Palm Beach County state court to obtain relief from Debtor's use of an illegal assignment to procure a portion of its cause of action.</u>

15.  <u>Movant explained to Debtor's counsel that the relief sought in Movant's California Chapter 13 case is distinguishable from ECFs 11, 16 and 19 because Debtor had, by filing claims in a foreign court, voluntarily submitted to its jurisdiction.</u>

16.  <u>Moreover, Debtor, by filing a facially deficient proof of claim (#10) and by failing to defend against Movant's objections to Debtor's two other proofs of claims which were already ruled upon (#s 8 and 9), is interfering with the resolution of Movant's California Chapter 13 case.</u>

17.  <u>Debtor's voluntary offensive measures in other jurisdictions should not be afforded the protection of this Court.</u>

WHEREFORE, Movant <u>again</u> requests that the Court limit the Debtor's stay protection to all matters not inclusive of Debtor's claims in Movant's bankruptcy case, and for such other and further relief as appropriate.

**S I S K I N D ,   P L L C**

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esq.   FBN 138746

3465 Santa Barbara Drive  Wellington, Florida  33414
1629 K Street NW, Suite 300  Washington, DC  20006
100 Harborview Drive, Third Floor  Baltimore, MD 21230
113 N. Monroe Street, 1st Floor  Tallahassee, Florida  32301
TELEPHONE  (561) 791-9565  FACSIMILE   (561) 791-9581
**Attorney's Personal Email:  jeffsiskind@msn.com**

### VERIFICATION

I <u>AGAIN</u> HEREBY CERTIFY that the facts contained above are true and correct to the best of my knowledge and belief.

*/s/ Jeffrey M. Siskind*

Jeffrey M. Siskind, Esq.   FBN 138746

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing <u>Amended</u> Motion was served on <u>April 16</u>, 2024 upon Debtor's counsel, the Chapter 13 Trustee, the Office of the United States Trustee and all other creditors and <u>appropriate</u> ~~interested~~ parties on the attached mailing matrix by CM/ECF or U.S. Mail ~~on December 7, 2023~~.

                                    */s/ Jeffrey M. Siskind*
                        Jeffrey M. Siskind, Esq.   FBN 138746

```
Label Matrix for local noticing          Palm Isles I Condominium Association, Inc.   Capital One
113C-9                                   c/o Sachs Sax Caplan, P.L.                   Attn: Bankruptcy
Case 23-16430-MAM                        6111 Broken Sound Parkway NW                 Po Box 30285
Southern District of Florida             Suite 200                                    Salt Lake City, UT 84130-0285
West Palm Beach                          Boca Raton, FL 33487-3644
Fri Aug 18 18:38:29 EDT 2023

Dick Dwyer and Florida Investigators     Focus Financial Services                     Goldman Sachs Bank USA
c/o Siskind Legal PLLC                   Attn: Bankruptcy                             Attn: Bankruptcy
3465 Santa Barbara Drive                 Po Box 1050                                  Lockbox 6112, PO Box7247
Wellington, FL 33414-7269                Boynton Beach, FL 33425-1050                 Philadelphia, PA 19170-0001


(p)JPMORGAN CHASE BANK N A               Jeffrey M. Siskind, PLLC                     Joseph Karam
BANKRUPTCY MAIL INTAKE TEAM              3465 Santa Barbara Dr                        785 8th Court, Unit 8
700 KANSAS LANE FLOOR 01                 Wellington, FL 33414-7269                    Vero Beach, FL 32962-1635
MONROE LA 71203-4774


Judith Siskind                           Kelly Landers                                Office of the US Trustee
3485 Lago De Talavera                    c/O Jeffrey M Siskind, Esq.                  51 S.W. 1st Ave.
Lake Worth, FL 33467-1071                Siskind, PLLC                                Suite 1204
                                         3465 Santa Barbara Drive                    Miami, FL 33130-1614
                                         Wellington, FL 33414-7269


Palm Isles I Condo Assn                  Wells Fargo                                  William LaRoque
c/o Jeremy Dicker, Esq                   Chalres W. Scharf, President                 c/o Jeffrey Siskind
Sachs Sax Caplan                         420 Montgomery Street                        3465 Santa Barbara Drive
6111 Broken Sound Pkway NW, Ste 200      San Francisco, CA 94104-1207                 Wellington, FL 33414-7269
Boca Raton, FL 33487-3644


Brian K. McMahon Esq.                    Kelly Landers                                Robert A Gibson
1401 Forum Way., Ste. 730                c/o Jeffrey Siskind, Esq.                    2385 Executive Cir Dr.
West Palm Beach, FL 33401-2322           Siskind, PLLC                                Suite 100
                                         3465 Santa Barbara Drive                    Boca Raton, FL 33431-8510
                                         Wellington, FL 33414-7269


Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355-9007
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
JP Morgan Chase
3415 Vision Drive
Columbus, OH 43219-6009
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients 18
Bypassed recipients 1
Total 19

# EXHIBIT A

**Fill in this information to identify the case:**

Debtor 1  Jeffrey Siskind
Debtor 2
(Spouse, if filing)
United States Bankruptcy Court  Central District of California
Case number: 23-11720

FILED
U.S. Bankruptcy Court
Central District of California
6/1/2023
Kathleen J. Campbell, Clerk

Official Form 410
# Proof of Claim
04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Robert Gibson
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor    Intelexigent, Unltd.

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Robert Gibson
Name
2385 NW Executive Center Dr. Ste 100
Boca Raton, FL 33431-8510

Contact phone  5618682100
Contact email  intelexigent@gmail.com

Where should payments to the creditor be sent? (if different)
Name
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_____

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410    Proof of Claim    page 1

| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |
|---|---|

| 7. How much is the claim? | $ 0.00 | **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
|---|---|---|

| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Unpaid Wages, Withholding and FICA as Employee |
|---|---|

| 9. Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ _____<br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |
|---|---|

| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
|---|---|

| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |
|---|---|

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply*: | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,350 * of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $15,150 *) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ _____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   6/1/2023
MM / DD / YYYY

/s/  Robert Allen Gibson
Signature

Print the name of the person who is completing and signing this claim:

Name: Robert Allen Gibson
First name   Middle name   Last name

Title: _____

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 2385 NW Executive Circle Dr., Ste. 100
Number  Street
Boca Raton, FL 33431−8510
City  State  ZIP Code

Contact phone: (561) 868−2100    Email: intelexigent@gmail.com

Official Form 410                Proof of Claim                page 3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

17927 77th Lane North, Loxahatchee, Florida 33470

A true and correct copy of the foregoing document entitled (*specify*):

Declaration About an Individual Debtor's Schedules and Amended Schedule E/F

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 9, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 9, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 9, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5-9-2024 | Josef Schneider | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                        F 9013-3.1.PROOF.SERVICE

**PROOF OF SERVICE OF DOCUMENTS**

ATTACHMENT TO ITEM #1

    United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

    JaVonne M Phillips
    McCarthy & Holthus, LLP
    bknotice@mccarthyholthus.com

    Arvind Nath Rawal
    arawal@aisinfo.com

    Nancy K Curry (TR)
    trustee13la@aol.com

    Caren J. Castle
    ccastle@idealawgroupllc.com


ATTACHMENT TO ITEM #2

    Honorable Vincent P. Zurzolo
    United States Bankruptcy Court
    Central District of California
    255 East Temple Street, Suite 1360
    Loa Angeles, CA  90012

    Florida Elections Commission
    Attn: Mattie Clay
    107 West Gaines Street Ste 224
    Tallahassee, FL 32399-1050

    Office of the U.S. Trustee
    51 SW First Avenue, Room 1204
    Miami, FL 33130-1614

    US Dept of Education
    PO Box 16448
    St Paul, MN 55116-0448

Civitek
PO Box 16428
Tallahassee, FL 32317-6428

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

LNVN Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

PayPal
2211 North First Street
San Jose, CA 95131-2021

Robert Gibson
2385 NW Executive Center Drive Ste 100
Boca Raton, FL 33431-8510

USIRS
PO Box 7346
Philadelphia, PA 19101-7346

Christopher George
1861 Primrose Lane
Wellington, FL 33414-8662

FVRMS, LLC
c/o Zaretsky Law Group
1615 Forum Place 3A
West Palm beach, FL  33401-2316

Mobiloans
PO Box 1409
Marksville, LA 71351-1409

Uetsa Tsakiits Inc. dba MaxLend
PO Box 760
Loa Angeles, CA 90017-2466