Jeffrey Marc Siskind
3465 Santa Barbara Drive
Wellington, Florida 33414
OFC TEL  (561) 791-9565
DIRECT   (561) 352-9166
OFC FAX  (561) 791-9581
Email:  jeffsiskind@msn.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:                                                    CASE NO. 2:23-BK-11720-VZ

    JEFFREY MARC SISKIND,                    CHAPTER 13

                        Debtor.
_____/

## NOTICE OF FILING AMENDED SCHEDULE E/F

DEBTOR, Jeffrey M. Siskind, Pro Se, hereby furnishes this Notice of Filing Amended Schedule E/F, and states that the following documents are filed herewith:

1.    Declaration About and Individual Debtor's Schedules

2.    Amended Schedule E/F  (adds Part 4)

                    _/s/ Jeffrey M. Siskind_____
                    Jeffrey M. Siskind, Pro Se
                    3465 Santa Barbara Drive
                    Wellington, FL  33414

TELEPHONE (561) 791-9565  FACSIMILE  (561) 791-9581
Emails:  jeffsiskind@msn.com & jeffsiskind@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above Notice of Confirmation Hearing was served upon the Chapter 13 Trustee and all appropriate creditors on May 15, 2024 as evidenced on the attached Proof of Service of Document.

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Pro Se

**Fill in this information to identify your case:**

Debtor 1: Jeffrey Marc Siskind
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-11720-VZ
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Jeffrey Marc Siskind                    X _____
Signature of Debtor 1                          Signature of Debtor 2

Date 05/15/2024                                Date _____
    MM / DD / YYYY                                  MM / DD / YYYY

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

Debtor 1: Jeffrey Marc Siskind
 _First Name_   _Middle Name_   _Last Name_

Debtor 2: _____
(Spouse, if filing) _First Name_   _Middle Name_   _Last Name_

United States Bankruptcy Court for the: Central District of California

Case number (If known): 2:23-bk-11720-VZ

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | US IRS — Priority Creditor's Name<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101<br>Last 4 digits of account number: 3 2 8 2<br>When was the debt incurred? 04/15/2023<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Who incurred the debt? Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes<br><br>Type of PRIORITY unsecured claim:<br>☐ Domestic support obligations<br>☑ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☑ Other. Specify: Adjusted to conform to POC #1 | $ ~~9,048.25~~<br>354,112.64 | $ ~~9,048.25~~<br>36,206.59 | $ ~~0.00~~<br>3 17,906.05 |
| 2.2 | Priority Creditor's Name: _____<br>Number  Street: _____<br>City  State  ZIP Code: _____<br>Last 4 digits of account number: __ __ __ __<br>When was the debt incurred? _____<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Who incurred the debt? Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes<br><br>Type of PRIORITY unsecured claim:<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify: _____ | $_____ | $_____ | $_____ |

Debtor 1  **Jeffrey Marc Siskind**
         First Name   Middle Name   Last Name

Case number (if known) 2:23-bk-11720-NV

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☒ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.1**  **Uetsa Tsakis Inc dba Maxlend**
Nonpriority Creditor's Name

PO Box 760
Number  Street

Parshall    ND    58770
City        State ZIP Code

Last 4 digits of account number  4 6 7 0
When was the debt incurred?  01/20/2023

Total claim  $ 2,000.00

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Loan

---

**4.2**  **Mobiloans**
Nonpriority Creditor's Name

PO Box 1409
Number  Street

Marksville    LA    71351
City          State ZIP Code

Last 4 digits of account number  5 0 1 9
When was the debt incurred?  12/21/2022

$ 1,700.00

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Loan

---

**4.3**  **CreditOne Bank**
Nonpriority Creditor's Name

PO Box 60500
Number  Street

City of Industry    CA    91716
City                State ZIP Code

Last 4 digits of account number  0 5 9 8
When was the debt incurred?  _____

$ 1,300.00

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Credit Cards

---

Debtor 1  **Jeffrey Marc Siskind**
First Name    Middle Name    Last Name

Case number (if known) 2:23-bk-11720-NV

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.4**

**PayPal**
Nonpriority Creditor's Name
2211 N First Street
Number    Street
San Jose         CA    91716
City             State  ZIP Code

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

$ 12,663.40

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify __Loan__

---

**4.5**

**Office of the US Trustee**
Nonpriority Creditor's Name
51 SW First Ave Room 1202
Number    Street
Miami            FL    33130
City             State  ZIP Code

Last 4 digits of account number  3  2  8  2

When was the debt incurred? _____

$ 1,624.73

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify __Chapter 11 Quarterly Fee__

---

**4.6**

**CIVITEK**
Nonpriority Creditor's Name
PO Box 16428
Number    Street
Tallahassee      FL    32317
City             State  ZIP Code

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

$ 500.00

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify __Filing Fees__

---

Debtor 1  Jeffrey Marc Siskind
          First Name   Middle Name   Last Name

Case number (if known) 2:23-bk-11720-NV

### Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.7**

Clerk and Comptroller, Palm Beach County
Nonpriority Creditor's Name

PO Box 3406
Number  Street

West Palm Beach   FL   33402
City              State  ZIP Code

$ 500.00

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Filing Fees**

---

**4.8**

Florida Elections Commission, ATTN Mattie Clay Esq
Nonpriority Creditor's Name

107 West Gaines Street Ste 224
Number  Street

Tallahassee   FL   32399
City          State  ZIP Code

$ 1,000.00

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Potential Fine; Debtor prevailed.**

---

**4.9**

U.S. Dept. Education
Nonpriority Creditor's Name

PO Box 5609
Number  Street

Greenville   TX   33402
City         State  ZIP Code

$ 24,231.04

Last 4 digits of account number  3  2  8  2

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Debtor 1  Jeffrey Marc Siskind
         First Name

Case number (if known) 2:23-bk-11720-NV

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.1**

NES as Assignee of PNC Bank, N.A.
Nonpriority Creditor's Name
2479 Edison Boulevard Unit A
Number    Street
Twinsburg            OH    44087
                     State  ZIP Code

Last 4 digits of account number ___ ___ ___ ___

$ 48.50

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Bank Fees**

**4.1**

Talavers Association c/o Backer Poliakoff & Forelster
Nonpriority Creditor's Name
400 S Dixie Highway Ste 420
Number    Street
Boca Raton           FL    33432
                     State  ZIP Code

Last 4 digits of account number ___ ___ ___ ___

$ 4,410.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Attorneys' Fees**

FedEx
Nonpriority Creditor's Name
PO Box 660481
Number    Street
Dallas               TX    75266
City                       ZIP Code

Last 4 digits of account number ___ ___ ___ ___

$ 36.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Service Fees**

Debtor 1  **Jeffrey Marc Siskind**
         First Name   Middle Name   Last Name

Case number (if known) 2:23-bk-11720-NV

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  **Total claim**

---

**4.13**

Nonpriority Creditor's Name: **Florida Dept of Revenue**
Number Street: **2468 Metrocentre Blvd**
City: **West Palm Beach**  State: **FL**  ZIP Code: **33407**

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $ **2,200.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Sales Taxes**

---

**4.14**

Nonpriority Creditor's Name: **Belmar Winds Inc. c/o Sofiye Williams Esq**
Number Street: **500 E Broward Blvd Ste 1710**
City: **Fort Lauderdale**  State: **FL**  ZIP Code: **33394**

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☒ Yes

Last 4 digits of account number ___ ___ ___ ___     $ **250,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Pending Lawsuit OFFSET by Counterclaim**

---

**4.15**

Nonpriority Creditor's Name: **David Fiore, et al. c/o Sofiye Williams Esq**
Number Street: **500 E Broward Blvd Ste 1710**
City: **Fort Lauderdale**  State: **FL**  ZIP Code: **33394**

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☒ Yes

Last 4 digits of account number ___ ___ ___ ___     $ **800,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Pending Lawsuit OFFSET by Counterclaim**

---

Debtor 1  **Jeffrey Marc Siskind**
      First Name    Middle Name    Last Name

Case number (if known) **2:23-bk-11720-NV**

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.16**

**FVRMS LLC c/o Max Zaretsky Esq**
Nonpriority Creditor's Name
**1615 Forum Place Ste #A**
Number  Street
**West Palm Beach**   **FL**   **33401**
City  State  ZIP Code

Last 4 digits of account number __ __ __ __

$ **1,525,000**

When was the debt incurred? _____

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Contested Settlement**

Is the claim subject to offset?
☐ No
☒ Yes

---

**4.17**

**Robert Gibson as Assignee of Dozier and Brown**
Nonpriority Creditor's Name
**1709 22nd Avenue North**
Number  Street
**Lake Worth Beach**   **FL**   **33360**
City  State  ZIP Code

Last 4 digits of account number __ __ __ __

$ **425,000**

When was the debt incurred? _____

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Assigned Judgments RE: POCS 8 and 9**

Is the claim subject to offset?
☐ No
☒ Yes

---

**4.18**

**Talavera Association Inc c/o Ryan M. Aboud Esq**
Nonpriority Creditor's Name
**980 N Federal Hwy Ste 110**
Number  Street
**Boca Raton**   **FL**   **33432**
City  State  ZIP Code

Last 4 digits of account number __ __ __ __

$ **4000.00**

When was the debt incurred? _____

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Pending Sanctions Claim**

Is the claim subject to offset?
☐ No
☒ Yes

Debtor 1   **Jeffrey Marc Siskind**
          First Name  Middle Name  Last Name

Case number (if known) **2:23-bk-11720-NV**

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**PNC Bank NA**
Name

**300 Fifth Avenue**
Number    Street

**Pittsburgh**      **PA**    **15222**
City             State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **10** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Ryan M Aboud Esq**
Name

**980 N Federal Hwy Ste 110**
Number    Street

**Boca Raton**      **FL**    **33432**
City             State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **11** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Michael Brown Esq**
Name

**712 US Hwy 1 Ste 210-6**
Number    Street

**North Palm Beach**      **FL**    **33408**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **17** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1  Jeffrey Marc Siskind                                    Case number (if known) 2:23-bk-11720-VZ
         First Name   Middle Name   Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---:|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ | 0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. $ | 359,937.37 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ | 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ | 0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. $ | 354,112.64 |

|  |  |  | Total claim |
|---|---|---|---:|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ | 24,231.04 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ | 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ | 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ | 3,026,157.90 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. $ | 3,050,388.94 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

17927 77th Lane North, Loxahatchee, Florida 33470

A true and correct copy of the foregoing document entitled (*specify*):

Declaration About an Individual Debtor's Schedules and Amended Schedule E/F

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 15, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 15, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 15, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5-15-2024 | Josef Schneider | /s/ Josef Schneider |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       F 9013-3.1.PROOF.SERVICE

## PROOF OF SERVICE OF DOCUMENTS

ATTACHMENT TO ITEM #1

    United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

    JaVonne M Phillips
    McCarthy & Holthus, LLP
    bknotice@mccarthyholthus.com

    Arvind Nath Rawal
    arawal@aisinfo.com

    Nancy K Curry (TR)
    trustee13la@aol.com

    Caren J. Castle
    ccastle@idealawgroupllc.com


ATTACHMENT TO ITEM #2

    Honorable Vincent P. Zurzolo
    United States Bankruptcy Court
    Central District of California
    255 East Temple Street, Suite 1360
    Loa Angeles, CA  90012

    Florida Elections Commission
    Attn: Mattie Clay
    107 West Gaines Street Ste 224
    Tallahassee, FL 32399-1050

    Office of the U.S. Trustee
    51 SW First Avenue, Room 1204
    Miami, FL 33130-1614

    US Dept of Education
    PO Box 16448
    St Paul, MN 55116-0448

Civitek
PO Box 16428
Tallahassee, FL 32317-6428

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

LNVN Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

PayPal
2211 North First Street
San Jose, CA 95131-2021

Robert Gibson
2385 NW Executive Center Drive Ste 100
Boca Raton, FL 33431-8510

USIRS
PO Box 7346
Philadelphia, PA 19101-7346

Christopher George
1861 Primrose Lane
Wellington, FL 33414-8662

FVRMS, LLC
c/o Zaretsky Law Group
1615 Forum Place 3A
West Palm beach, FL  33401-2316

Mobiloans
PO Box 1409
Marksville, LA 71351-1409

Uetsa Tsakiits Inc. dba MaxLend
PO Box 760
Loa Angeles, CA 90017-2466