

**FILED & ENTERED**

**MAR 28 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY johnson   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Jeffrey Marc Siskind<br><br>Debtor(s). | Case No.: 2:23-bk-11720-VZ<br><br>CHAPTER 13<br><br>**ORDER DENYING "EX PARTE EXPEDITED MOTION FOR CLARIFICATION OF ORDER AND NOTICE OF DISMISSAL ARISING FROM CHAPTER 13 CONFIRMATION HEARING"**<br><br>[No Hearing Required] |

On March 26, 2025, Debtor, Jeffrey Marc Siskind filed an " Ex Parte Expedited Motion for Clarification of Order and Notice of Dismissal Arising from Chapter 13 Confirmation Hearing (the "Motion"). Having considered the Motion and all papers filed in support thereof,

-1-

IT IS ORDERED that the Motion is DENIED for lack of cause to grant the Motion.

Date: March 28, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge