| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Jeffrey Marc Siskind<br>3465 Santa Barbara Drive<br>Wellington, FL 33414<br><br>[X] Individual *appearing without an attorney*<br>[ ] *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Jeffrey Marc Siskind | CASE NO.: 23-bk-11720-VZ<br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *Renewed Verified* Ex Parte Expedited Motion for Clarification of Chapter 13 Confirmation Hearing [11 USC Order and Notice of Dismissal Arising from |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled Order Clarifying Order and Notice of Dismissal Arising from Chapter 13 Confirmation Hearing [11 USC 349]

was lodged on (date) 4/21/2025 and is attached. This order relates to the motion which is docket number 129.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                    F 9021-1.2.BK.NOTICE.LODGMENT

Jeffrey Marc Siskind
3465 Santa Barbara Drive
Wellington, FL  33414
Phone: 561-791-9565
Email: jeffsiskind@msn.com
Pro Se Debtor

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 2:23-bk-11720-VZ |
| Jeffrey Marc Siskind, | ) | Chapter 13 |
| Debtor. | ) | **ORDER CLARIFYING ORDER AND NOTICE OF DISMISSAL ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 USC 349] (ECF 129)** |
| | ) | |
| | ) | Date: N/A; Ex Parte Expedited Motion<br>Time: N/A; Decided in Chambers |
| | ) | Courtroom:1368, Roybal Federal Building<br>155 E Temple St., Los Angeles, CA 90012 |
| _____ | ) | |

THIS MATTER came before the Court on Debtor's Renewed Verified Ex Parte Expedited Motion to Clarify Order and Notice of Dismissal arising from Chapter 13 Confirmation Hearing (11 USC 349] filed at ECF 129 (hereinafter, the "Motion").  The Court, having reviewed the Motion, its order at ECF 114 and being otherwise fully informed in the premises, does hereby

ORDER AND ADJUDGE that for the reasons stated in the Motion and on the record of the Confirmation hearing, Debtor's Motion is GRANTED.  The Court's order rendered on May 15, 2024 at ECF 114 is clarified by adding the following language; Debtor need only obtain permission of this Court if Debtor intends to file a new bankruptcy case in this District.  The order does not preclude Debtor from filing for relief under the United States Bankruptcy Code in any other jurisdiction.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2600 North Flagler Drive, West Palm Beach, FL 33407

A true and correct copy of the foregoing document entitled (*specify*):

Lodgment of Proposed Order on Debtor's Ex Parte Expedited Motion for Clarification of Order and Notice of Dismissal

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 21 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) April 21, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 21, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4-21-2025 | Josef Schneider | */s/ Josef Schneider/* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      F 9013-3.1.PROOF.SERVICE

**PROOF OF SERVICE OF DOCUMENTS**

ATTACHMENT TO ITEM #1

    United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

    JaVonne M Phillips
    McCarthy & Holthus, LLP
    bknotice@mccarthyholthus.com

    Arvind Nath Rawal
    arawal@aisinfo.com

    Nancy K Curry (TR)
    trustee13la@aol.com

    Caren J. Castle
    ccastle@idealawgroupllc.com


ATTACHMENT TO ITEM #2

    Honorable Vincent P. Zurzolo
    United States Bankruptcy Court
    Central District of California
    255 East Temple Street, Suite 1360
    Loa Angeles, CA  90012

    Florida Elections Commission
    Attn: Mattie Clay
    107 West Gaines Street Ste 224
    Tallahassee, FL 32399-1050

    Office of the U.S. Trustee
    51 SW First Avenue, Room 1204
    Miami, FL 33130-1614

    US Dept of Education
    PO Box 16448
    St Paul, MN 55116-0448

Civitek
PO Box 16428
Tallahassee, FL 32317-6428

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

LNVN Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

PayPal
2211 North First Street
San Jose, CA 95131-2021

Robert Gibson
2385 NW Executive Center Drive Ste 100
Boca Raton, FL 33431-8510

USIRS
PO Box 7346
Philadelphia, PA 19101-7346

Christopher George
1861 Primrose Lane
Wellington, FL 33414-8662

FVRMS, LLC
c/o Zaretsky Law Group
1615 Forum Place 3A
West Palm beach, FL  33401-2316

Mobiloans
PO Box 1409
Marksville, LA 71351-1409

Uetsa Tsakiits Inc. dba MaxLend
PO Box 760
Loa Angeles, CA 90017-2466